United States District Court

For the Northern District of California

| | |
|---|---|
| PERSONAL WEB TECHNOLOGIES, LLC, | |
|     Plaintiff, | |
| v. | Case No. 13-cv-01317-EJD |
| GOOGLE, INC. and YOUTUBE, LLC, | |
|     Defendants. | |
| _____ | |
| PERSONAL WEB TECHNOLOGIES, LLC, | |
|     Plaintiff, | |
| v. | Case No. 13-cv-1359-EJD |
| NETAPP, INC., | |
|     Defendant. | |
| _____ | |
| PERSONAL WEB TECHNOLOGIES, LLC, | |
|     Plaintiff, | |
| v. | Case No. 13-cv-1358-EJD |
| EMC CORPORATION and VMWARE, INC., | |
|     Defendants. | |
| _____ | |
| PERSONAL WEB TECHNOLOGIES, LLC, | |
|     Plaintiff, | |
| v. | Case No. 13-cv-1356-EJD |
| FACEBOOK, INC., | |
|     Defendant. | |
| _____ | |

///

1    On March 21, 2013, Chief Judge Leonard Davis of the U.S. District Court for the Eastern

2  District of Texas issued a memorandum opinion and order conditionally transferring the four

3  above-captioned matters to the Northern District of Calfornia.  The earliest-filed case was

4  randomly assigned to Judge Edward J. Davila, who *sua sponte* related the other three cases

5  pursuant to Civil Local Rule 3-12.

6    The case management and transfer protocol detailed in Chief Judge Davis' order of March

7  21, 2013 will be followed in all four of the above-captioned cases. The transfer of the electronic

8  dockets to this Court from the Eastern District of Texas will take place after the completion of the

9  consolidated Markman hearing before Chief Judge Davis.

10

11                                    For the Assignment Committee,

12

13  Dated: 3/29/2013                  _____

14                                              Claudia Wilken
                                                 Chief Judge
15                                    U.S. Disrict Court for the Northern
                                           District of California

16

17

18

19

20

21

22

23

24

25

26

27

28

2