United States District Court

For the Northern District of California

| | |
|---|---|
| PERSONAL WEB TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and YOUTUBE, LLC,<br><br>    Defendants.<br>_____ | Case No. 13-cv-01317-EJD |
| PERSONAL WEB TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NETAPP, INC.,<br><br>    Defendant.<br>_____ | Case No. 13-cv-1359-EJD |
| PERSONAL WEB TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EMC CORPORATION and VMWARE, INC.,<br><br>    Defendants.<br>_____ | Case No. 13-cv-1358-EJD |
| PERSONAL WEB TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>    Defendant.<br>_____ | Case No. 13-cv-1356-EJD |

///

1   On March 21, 2013, Chief Judge Leonard Davis of the U.S. District Court for the Eastern
2   District of Texas issued a memorandum opinion and order conditionally transferring the four
3   above-captioned matters to the Northern District of Calfornia.  The earliest-filed case was
4   randomly assigned to Judge Edward J. Davila, who *sua sponte* related the other three cases
5   pursuant to Civil Local Rule 3-12.

6   The case management and transfer protocol detailed in Chief Judge Davis' order of March
7   21, 2013 will be followed in all four of the above-captioned cases. The transfer of the electronic
8   dockets to this Court from the Eastern District of Texas will take place after the completion of the
9   consolidated Markman hearing before Chief Judge Davis.

For the Assignment Committee,

Dated: 3/29/2013

_____
Claudia Wilken
Chief Judge
U.S. Disrict Court for the Northern
District of California