Robert Galvin (SBN 171508)
  robert.galvin@wilmerhale.com
Cortney C. Hoecherl (SBN 245005)
  cortney.hoecherl@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Cynthia D. Vreeland
  cynthia.vreeland@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Of Counsel:

William F. Lee
  william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

*Attorney for Defendants and Counterclaim-Plaintiffs EMC Corporation and VMware, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PersonalWeb Technologies, LLC and Level 3 Communications, LLC,<br><br>                    Plaintiffs,<br>     v.<br><br>EMC Corporation and VMware, Inc.<br><br>                    Defendants. | Case No. 5:13-cv-01358-EJD<br><br>**DEFENDANT EMC CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Hon. Edward J. Davila |

**DEFENDANT EMC CORPORATION'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
 Case No. 5:13-cv-01358-EJD

**DEFENDANT EMC CORPORATION'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 13, 2013        By:    */s/ Cortney C. Hoecherl*
                                     Robert Galvin (SBN 171508)
                                        robert.galvin@wilmerhale.com
                                     Cortney C. Hoecherl (SBN 245005)
                                        cortney.hoecherl@wilmerhale.com
                                     WILMER CUTLER PICKERING HALE
                                     AND DORR LLP
                                     950 Page Mill Road
                                     Palo Alto, CA 94304
                                     Telephone: (650) 858-6000
                                     Facsimile:  (650) 858-6100

                                     Cynthia D. Vreeland
                                        cynthia.vreeland@wilmerhale.com
                                     WILMER CUTLER PICKERING HALE
                                     AND DORR LLP
                                     60 State Street
                                     Boston, MA  02109
                                     Telephone:  (617) 526-6000
                                     Facsimile:  (617) 526-5000

                                     Of Counsel:

                                     William F. Lee
                                        william.lee@wilmerhale.com
                                     WILMER CUTLER PICKERING HALE
                                     AND DORR LLP
                                     60 State Street
                                     Telephone:  (617) 526-6000
                                     Facsimile:  (617) 526-5000

                                     *Attorneys for Defendants and Counterclaim-*
                                     *Plaintiffs EMC Corporation and VMware, Inc.*

**DEFENDANT EMC CORPORATION'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
Case No. 5:13-cv-01358-EJD

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L.R. 5-1(h)(1) on August 13, 2013.

Dated: August 13, 2013                     */s/ Cortney C. Hoecherl*
                                            Cortney C. Hoecherl (SBN 245005)

**Wilmer Cutler Pickering Hale and Dorr LLP**
**950 Page Mill Road**
**Palo Alto, California 94304**

**DEFENDANT EMC CORPORATION'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
Case No. 5:13-cv-01358-EJD

2