Robert Galvin (SBN 171508)
  robert.galvin@wilmerhale.com
Cortney C. Hoecherl (SBN 245005)
  cortney.hoecherl@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Cynthia D. Vreeland
  cynthia.vreeland@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Of Counsel:

William F. Lee
  william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorney for Defendants and Counterclaim-Plaintiffs EMC Corporation and VMware, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PersonalWeb Technologies, LLC and Level 3 Communications, LLC,<br><br>                Plaintiffs,<br>   v.<br><br>EMC Corporation and VMware, Inc.<br><br>                Defendants. | Case No. 5:13-cv-01358-EJD<br><br>**DEFENDANT EMC CORPORATION'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**<br><br>Hon. Edward J. Davila |

**DEFENDANT EMC CORPORATION'S
FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**
Case No. 5:13-cv-01358-EJD

**DEFENDANT EMC CORPORATION'S**
**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant EMC Corporation discloses:

(1) no publicly held corporation owns 10% or more of its stock; and

(2) it has no parent corporation.

Dated: August 13, 2013      By:   */s/ Cortney C. Hoecherl*
                                  Robert Galvin (SBN 171508)
                                    robert.galvin@wilmerhale.com
                                  Cortney C. Hoecherl (SBN 245005)
                                    cortney.hoecherl@wilmerhale.com
                                  WILMER CUTLER PICKERING HALE
                                  AND DORR LLP
                                  950 Page Mill Road
                                  Palo Alto, CA 94304
                                  Telephone: (650) 858-6000
                                  Facsimile: (650) 858-6100

                                  Cynthia D. Vreeland
                                    cynthia.vreeland@wilmerhale.com
                                  WILMER CUTLER PICKERING HALE
                                  AND DORR LLP
                                  60 State Street
                                  Boston, MA  02109
                                  Telephone: (617) 526-6000
                                  Facsimile: (617) 526-5000

                                  Of Counsel:

                                  William F. Lee
                                    william.lee@wilmerhale.com
                                  WILMER CUTLER PICKERING HALE
                                  AND DORR LLP
                                  60 State Street
                                  Telephone: (617) 526-6000
                                  Facsimile: (617) 526-5000

                                  *Attorneys for Defendants and Counterclaim-*
                                  *Plaintiffs EMC Corporation and VMware, Inc.*

**DEFENDANT EMC CORPORATION'S**
**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**
Case No. 5:13-cv-01358-EJD

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L.R. 5-1(h)(1) on August 13, 2013.

Dated: August 13, 2013         */s/ Cortney C. Hoecherl*
                               Cortney C. Hoecherl (SBN 245005)

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

**DEFENDANT EMC CORPORATION'S
FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**
Case No. 5:13-cv-01358-EJD

2