Robert Galvin (SBN 171508)
  robert.galvin@wilmerhale.com
Cortney C. Hoecherl (SBN 245005)
  cortney.hoecherl@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Cynthia D. Vreeland
  cynthia.vreeland@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Of Counsel:

William F. Lee
  william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

*Attorney for Defendants and Counterclaim-Plaintiffs EMC Corporation and VMware, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PersonalWeb Technologies, LLC and Level 3 Communications, LLC,<br><br>                              Plaintiffs,<br><br>    vs.<br><br>EMC Corporation and VMware, Inc.<br><br>                              Defendants. | Case No. 5:13-cv-01358-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW**<br><br>Hon. Edward J. Davila<br><br>Hearing Date: January 10, 2014<br><br>Time:  9:00 am<br><br>Courtroom:  4  (5th Floor) |

**PROPOSED ORDER GRANTING MOTION TO STAY PENDING *INTER PARTES* REVIEW**
Case No. 5:13-cv-01358-EJD

Upon consideration of Defendants' Motion to Stay Pending *Inter Partes* Review ("Motion to Stay"), this Court hereby **GRANTS** Defendants' Motion to Stay and stays this litigation pending resolution of the *inter partes* reviews ("IPRs") requested by Defendants and recently instituted by the United States Patent and Trademark Office ("USPTO" or "PTO").

**IT IS SO ORDERED.**

Dated: _____

                                        EDWARD J. DAVILA
                                        United States District Judge