1  Robert Galvin (SBN 171508)
     robert.galvin@wilmerhale.com
2  Cortney C. Hoecherl (SBN 245005)
     cortney.hoecherl@wilmerhale.com
3  WILMER CUTLER PICKERING HALE
   AND DORR LLP
4  950 Page Mill Road
   Palo Alto, CA 94304
5  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
6
   Cynthia D. Vreeland
7    cynthia.vreeland@wilmerhale.com
   WILMER CUTLER PICKERING HALE
8  AND DORR LLP
   60 State Street
9  Boston, MA 02109
   Telephone: (617) 526-6000
10 Facsimile: (617) 526-5000

11 Of Counsel:

12 William F. Lee
     william.lee@wilmerhale.com
13 WILMER CUTLER PICKERING HALE
   AND DORR LLP
14 60 State Street
   Boston, MA 02109
15 Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                              SAN JOSE DIVISION

19
   PersonalWeb Technologies, LLC and          Case No. 5:13-cv-01358-EJD
20 Level 3 Communications, LLC,

21                    Plaintiffs,             **DECLARATION OF CORTNEY
      v.                                      C. HOECHERL IN SUPPORT OF
22                                            DEFENDANTS' NOTICE OF
   EMC Corporation and VMware, Inc.           MOTION AND MOTION TO
23                                            STAY PENDING *INTER PARTES*
                      Defendants.             REVIEW**
24
                                              Hon. Edward J. Davila
25
                                              Hearing Date: January 10, 2014
26
                                              Time: 9:00 am
27
                                              Courtroom: 4 (5th Floor)
28

DECLARATION OF CORTNEY C. HOECHERL IN SUPPORT OF
DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW
Case No. 5:13-cv-01358-EJD

I, Cortney C. Hoecherl, declare as follows:

1. I am an attorney with Wilmer Cutler Pickering Hale and Dorr LLP, representing EMC Corporation and VMware, Inc. (collectively, "Defendants") in the above-captioned action. I submit this declaration in support of Defendants' Motion to Stay Pending *Inter Partes* Review ("IPR"). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 5,978,791 ("the '791 patent");

3. Attached hereto as **Exhibit 2** is a true and correct copy of the front cover, copyright page, and page 860 of the McGraw-Hill Dictionary of Scientific and Technical Terms (4th ed., 1989) (filed as Exhibit "EMCVMW 1013" to Defendants' '791 IPR Petition);

4. Attached hereto as **Exhibit 3** is a true and correct copy of B. Kaliski, "A Survey of Encryption Standards," IEEE Micro 74-81 (Dec. 1993) (filed as Exhibit "EMCVMW 1014" to Defendants' '791 IPR Petition);

5. Attached hereto as **Exhibit 4** is a true and correct copy of D. Knott, "Hashing functions," 18 The Computer Journal 265-278 (1975) (filed as Exhibit "EMCVMW 1011" to Defendants' '791 IPR Petition);

6. Attached hereto as **Exhibit 5** is a true and correct copy of R. Rivest, "The MD5 Message-Digest Algorithm," Internet RFC 1321 (Apr. 1992) (filed as Exhibit "EMCVMW 1012" to Defendants' '791 IPR Petition);

7. Attached hereto as **Exhibit 6** is a true and correct copy of Defendants' filed Petition for *Inter Partes* Review of the '791 patent (Dkt. 8, IPR2013-00082).

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Docket Report for Case No. 6:11-cv-00660-LED, as obtained from the Public Access to Court Electronic Records website ("PACER") at https://pacer.login.uscourts.gov/cgi-bin/login.pl?court_id=00pcl, and as accessed on August 7, 2013.

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

DECLARATION OF CORTNEY C. HOECHERL IN SUPPORT OF
DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW
Case No. 5:13-cv-1358-EJD

1

9. Attached hereto as **Exhibit 8** is a true and correct copy of Defendants' filed Petition for *Inter Partes* Review of U.S. Patent No. 6,415,280 ("the '280 patent") (Dkt. 6, IPR2013-00083).

10. Attached hereto as **Exhibit 9** is a true and correct copy of Defendant EMC Corp.'s Petition for *Inter Partes* Review of U.S. Patent No. 7,945,544 ("the '544 patent") (Dkt. 3, IPR2013-00084).

11. Attached hereto as **Exhibit 10** is a true and correct copy of Defendant EMC Corp.'s Petition for *Inter Partes* Review of U.S. Patent No. 7,945,539 ("the '539 patent") (Dkt. 5, IPR2013-00085).

12. Attached hereto as **Exhibit 11** is a true and correct copy of Defendant EMC Corp.'s Petition for *Inter Partes* Review of U.S. Patent No. 7,949,662 ("the '662 patent") (Dkt. 3, IPR2013-00086).

13. Attached hereto as **Exhibit 12** is a true and correct copy of Defendant EMC Corp.'s Petition for *Inter Partes* Review of U.S. Patent No. 8,001,096 ("the '096 patent") (Dkt. 5, IPR2013-00087).

14. Attached hereto as **Exhibit 13** is a true and correct copy of the Patent Trial and Appeal Board's ("PTAB's") Decision to institute *Inter Partes* Review ("IPR") of the '791 patent (Dkt. 21, IPR2013-00082).

15. Attached hereto as **Exhibit 14** is a true and correct copy of the PTAB's Decision to institute IPR of the '280 patent (Dkt. 19, IPR2013-00083).

16. Attached hereto as **Exhibit 15** is a true and correct copy of the PTAB's Decision to institute IPR of the '544 patent (Dkt. 14, IPR2013-00084).

17. Attached hereto as **Exhibit 16** is a true and correct copy of the PTAB's Decision to institute IPR of the '539 patent (Dkt. 18, IPR2013-00085).

18. Attached hereto as **Exhibit 17** is a true and correct copy of the PTAB's Decision to institute IPR of the '662 patent (Dkt. 14, IPR2013-00086).

DECLARATION OF CORTNEY C. HOECHERL IN SUPPORT OF
DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW
Case No. 5:13-cv-01358-EJD

19. Attached hereto as **Exhibit 18** is a true and correct copy of the PTAB's Decision to institute IPR of the '096 patent (Dkt. 16, IPR2013-00087).

20. Attached hereto as **Exhibit 19** is a true and correct copy of the PTAB's Scheduling Order regarding IPR of the '791 patent (Dkt. 22, IPR2013-00082).

21. Attached hereto as **Exhibit 20** is a true and correct copy of the PTAB's Scheduling Order regarding IPR of the '280 patent (Dkt. 20, IPR2013-00083).

22. Attached hereto as **Exhibit 21** is a true and correct copy of the PTAB's Scheduling Order regarding IPR of the '544 patent (Dkt. 15, IPR2013-00084).

23. Attached hereto as **Exhibit 22** is a true and correct copy of the PTAB's Scheduling Order regarding IPR of the '539 patent (Dkt. 19, IPR2013-00085).

24. Attached hereto as **Exhibit 23** is a true and correct copy of the PTAB's Scheduling Order regarding IPR of the '662 patent (Dkt. 15, IPR2013-00086).

25. Attached hereto as **Exhibit 24** is a true and correct copy of the PTAB's Scheduling Order regarding IPR of the '096 patent (Dkt. 17, IPR2013-00087).

26. Attached hereto as **Exhibit 25** is a true and correct copy of the unpublished opinion, *Autoalert, Inc. v. Dominion Dealer Solutions, LLC*, Case No. 12-cv-01661, ECF No. 41 (C.D. Cal. May 22, 2013), as obtained from PACER.

27. Attached hereto as **Exhibit 26** is a true and correct copy of the unpublished opinion, *Pi-Net Int'l, Inc. v. The Hertz Corp.*, Case No. 12-cv-10012, ECF No. 31 (C.D. Cal. June 5, 2013), as obtained from PACER.

28. Attached hereto as **Exhibit 27** is a true and correct copy of the unpublished opinion, *Robert Bosch Healthcare Sys., Inc. v. Cardiocom, LLC*, Case No. 12-cv-03864, ECF No. 43 (N.D. Cal. Dec. 3, 2012), as obtained from PACER.

29. Attached hereto as **Exhibit 28** is a true and correct copy of PersonalWeb's Supplemental Infringement Contentions, as served on Defendants in *PersonalWeb Techs., LLC v. EMC Corp. et al.*, Case No. 6:11-cv-00660 (LED), on or around October 31, 2012.

**DECLARATION OF CORTNEY C. HOECHERL IN SUPPORT OF DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW**
Case No. 5:13-cv-01358-EJD

3

30. Attached hereto as **Exhibit 29** is a true and correct copy of the unpublished opinion, *EuroCapital v. Colburn*, 2008 WL 401352, C.A. No. 3035-VCN (Del. Ch. 2008), as obtained from Westlaw.

31. Attached hereto as **Exhibit 30** is a true and correct copy of the unpublished opinion, *Fresenius USA, Inc. v. Baxter International Inc.*, Case No. 2012-1334 (Fed. Cir. July 2, 2013), as obtained at http://www.cafc.uscourts.gov/images/stories/opinions-orders/12-1334.Opinion.6-27-2013.1.PDF, and as accessed on August 12, 2013.

32. As of August 13, 2013, the parties *PersonalWeb Techs., LLC v. EMC Corp. et al.*, Case No. 6:11-cv-00660 (LED) have not yet negotiated email search terms and custodians as anticipated by the Court's E-Discovery Order (Dkt. 80), no fact depositions have been taken on issues beyond venue transfer, no expert reports have been exchanged, no expert depositions have occurred, and no summary judgment motions have been filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 13, 2013, in Palo Alto, California.

_____
Cortney C. Hoecherl

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

DECLARATION OF CORTNEY C. HOECHERL IN SUPPORT OF
DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW
Case No. 5:13-cv-01358-EJD