# EXHIBIT 2

WH Library: BOSTON
00002000016850

# McGraw-Hill
# DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Fourth Edition



EMCVMW 1013

On the cover: Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 array. (R. B. Hoover, Marshall Space Flight Center)

On the title pages: Aerial photograph of the Sinai Peninsula made by Gemini spacecraft. (NASA)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Fourth Edition**
Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0     DOW/DOW     8 9 5 4 3 2 1 0 9 8

ISBN 0-07-045270-9

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms.

   1. Science—Dictionaries.   2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34         1989         503'/21         88-13490
ISBN 0-07-045270-9

For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office.

**Hartmann dispersion formula** [OPTICS] A semiempirical formula relating the index of refraction $n$ and wavelengths $\lambda$; $n = n_0 + a/(\lambda - \lambda_0)$, where $n_0$, $a$, and $\lambda_0$ are empirical constants. Also known as Cornu-Hartmann formula. { ˈhärt·män diˈspər·zhən ˌfȯr·myə·lə }

**Hartmann flow** [PL PHYS] The steady flow of an electrically conducting fluid between two parallel plates when there is a uniform applied magnetic field normal to the plates. { ˈhärt·män ˌflō }

**Hartmann lines** See Lüders lines. { ˈhärt·män ˌlīnz }

**Hartmann number** [PL PHYS] A dimensionless number which gives a measure of the relative importance of drag forces resulting from magnetic induction and viscous forces in Hartmann flow, and determines the velocity profile for such flow. { ˈhärt·män ˌnəm·bər }

**Hartmann test** [OPTICS] A test for telescope mirrors in which the mirror is covered with a screen with regularly spaced holes, and a photographic plate is placed near the focus; for a perfect mirror, this results in regularly spaced dots on the plate. [SPECT] A test for spectrometers in which light is passed through different parts of the entrance slit; any resulting changes of the spectrum indicate a fault in the instrument. { ˈhärt·män ˌtest }

**Hartman's solution** [ANALY CHEM] Solution of thymol, ethyl alcohol, and sulfuric ether; used for selective dentin analysis. { ˈhärt·mənz səˌlü·shən }

**Hart-Park virus** [VIROL] A ribonucleic acid–containing animal virus of the rhabdovirus group. { ˈhärt ˈpärk ˌvī·rəs }

**hartree** [ATOM PHYS] A unit of energy used in studies of atomic spectra and structure, equal (in centimeter-gram-second units) to $4\pi^2 me^4/h^2$, where $e$ and $m$ are the charge and mass of the electron, and $h$ is Planck's constant; equal to approximately 27.21 electronvolts or $4.360 \times 10^{-18}$ joule. { ˈhär·trē }

**Hartree equation** [ELECTR] An equation which gives the lowest anode voltage at which it is theoretically possible to maintain oscillation in the different modes of a magnetron. { ˈhär·trē iˌkwā·zhən }

**Hartree-Fock approximation** [QUANT MECH] A refinement of the Hartree method in which one uses determinants of single-particle wave functions rather than products, thereby introducing exchange terms into the Hamiltonian. { ˈhär·trē ˌfäk əˌpräk·sə₁māˈshən }

**Hartree method** [QUANT MECH] An iterative variational method of finding an approximate wave function for a system of many electrons, in which one attempts to find a product of single-particle wave functions, each one of which is a solution of the Schrödinger equation with the field deduced from the charge density distribution due to all the other electrons. Also known as self-consistent field method. { ˈhär·trē ˌmeth·əd }

**Hartree units** [ATOM PHYS] A system of units in which the unit of angular momentum is Planck's constant divided by $2\pi$, the unit of mass is the mass of the electron, and the unit of charge is the charge of the electron. Also known as atomic units. { ˈhär·trē ˌyü·nəts }

**hartshorn oil** See bone oil. { ˈhärtsˌhȯrn ˌȯil }

**Harvard-Draper sequence** [ASTRON] A system of classification of stellar spectra based on features that are found to vary in a smooth way from one star to another, and on the star's color. { ˈhär·vərd ˈdrā·pər ˌsē·kwəns }



HARVESTER

Self-propelled combine.
(Sperry New Holland, Division of Sperry Rand Corp.)

**harvester** [AGR] A machine used to reap field crops. { ˈhär·və·stər }

**harvester-thresher** [AGR] A machine that combines the harvesting and threshing of grain crops. { ˈhär·və·stər ˈthresh·ər }

**harvesting** [AGR] The gathering of mature field crops. { ˈhär·və·stiŋ }

**harvest moon** [ASTRON] A full moon that is seen nearest the autumnal equinox. { ˈhär·vəst ˌmün }

**harzburgite** [PETR] A peridotite consisting principally of olivine and orthopyroxene. { ˈhärtsˌbər₁gīt }

**Harz jig** [MIN ENG] A device used to separate coal and foreign matter which gives pulsion intermittently with suction. { ˈhärts ˌjig }

**Hasche process** [CHEM ENG] A thermal reforming process for hydrocarbon fuels; it is a noncatalytic regenerative method in which a mixture of hydrocarbon gas or vapor and air is passed through a regenerative mass that is progressively hotter in the direction of the gas flow; partial combustion occurs, liberating heat to crack the remaining hydrocarbons in a combustion zone. { ˈhäsh·ə ˌpräˈsəs }

**Hasenclever turntable** [MIN ENG] A turntable that is made to rotate by the friction between the positively driven pulley, the car, and the table; used as an alternative to the shunt-back or the traverser for changing the direction of mine cars or tubs, either on the surface or underground. { ˈhäz·ənˌklev·ər ˈtərn₁tā·bəl }

**hash** [COMPUT SCI] Data which are obviously meaningless, caused by human mistakes or computer malfunction. Also known as garbage; gibberish. [ELEC] Electric noise produced by the contacts of a vibrator or by the brushes of a generator or motor. [ELECTR] See grass. { hash }

**hash coding** See hashing. { ˈhash ˌkōd·iŋ }

**Hashimoto's disease** See struma lymphomatosa. { ˌhä·shiˈmō·dōz diˌzēz }

**Hashimoto's struma** See struma lymphomatosa. { ˌhä·shiˈmō·dōz ˈstrü·mə }

**hashing** [COMPUT SCI] 1. A method for converting representations of values within fields, usually keys, to a more compact form. 2. An addressing technique that uses keys to store and retrieve data in a file. { ˈhash·iŋ }

**hashish** [PHARM] A narcotic drug derived from the plant *Cannabis sativa*; can be smoked, chewed, or drunk. { ˈhashˌēsh }

**hash total** [COMPUT SCI] A sum obtained by adding together numbers having different meanings; the sole purpose is to ensure that the correct number of data have been read by the computer. { ˈhash ˌtōd·əl }

**HASP** [COMPUT SCI] A technique used on some types of larger computers to control input and output between a computer and its peripheral devices by utilizing mass-storage devices to temporarily store data. Acronym for Houston Automatic Spooling Processor. { hasp }

**Hassal's body** See thymic corpuscle. { ˈhas·əlz ˌbäd·ē }

**hastate** [BIOL] Shaped like an arrowhead with divergent barbs. { ˈhaˌstāt }

**haster** [METEOROL] In England, a violent rain storm. { ˈhas·tər }

**hastingsite** [MINERAL] $NaCa_2(Fe,Mg)_5Al_2Si_6O_{22}(OH)_2$ A mineral of the amphibole group crystallizing in the monoclinic system and composed chiefly of sodium, calcium, and iron, but usually with some potassium and magnesium. { ˈhäs·tiŋˌzīt }

**hasty mine field** [ORD] Field of mines quickly laid as a protection against an enemy attack; when practicable, it is laid in a definite pattern, as is a deliberate field, but measurements are approximate rather than exact. { ˈhās·tē ˈmīn ˌfēld }

**hat** [COMMUN] To arrange a fixed quantity of symbols or groups of symbols in an entirely haphazard sequence, as if they had been drawn from a hat. { hat }

**HAT** See height above touch-down.

**hatch** [ENG] A door or opening, especially on an airplane, spacecraft, or ship. { hach }

**hatch battens** [NAV ARCH] Flat bars used to fasten and make tight the edges of a tarpaulin covering a hatch. { ˈhach ˌbat·ənz }

**hatch beam** [ENG] A heavy, portable beam which supports a hatch cover. { ˈhach ˌbēm }

**hatch carlings** [NAV ARCH] Fore and aft girders running under the coamings of hatches, to which the partial or half deck beams are attached. { ˈhach ˌkär·liŋz }

**hatch coaming** [NAV ARCH] A raised frame around a hatch; it forms a support for the hatch cover and strengthens the edges of the opening. { ˈhach ˌkōm·iŋ }

**hatch cover** [ENG] A steel or wooden cover for a hatch. { ˈhach ˌkəv·ər }

**hatch end beam** [NAV ARCH] The deck beam at the fore and aft end of a hatch. { ˈhach ˌend ˌbēm }

**hatchet** [DES ENG] A small ax with a short handle and a hammerhead in addition to the cutting edge. { ˈhach·ət }

**hatchettine** See hatchettite. { ˈhä·chədˌēn }

**hatchettite** [MINERAL] $C_{38}H_{78}$ A yellow-white mineral paraffin wax, melting at 55–65°C in the natural state and 79°C in the pure state; occurs in masses in ironstone nodules or in cavities in limestone. Also known as adipocerite; adipocire; hatchettine; mineral tallow; mountain tallow; naphthine. { ˈhä·chədˌīt }

**hatchettolite** See ellsworthite. { ˈhä·ched·ōˌlīt }