# EXHIBIT 7

CLOSED, JURY, LED2, MEDIATION, PATENT, PATENT/TRADEMARK, PROTECTIVE-ORDER

## U.S. District Court [LIVE]
## Eastern District of TEXAS (Tyler)
## CIVIL DOCKET FOR CASE #: 6:11-cv-00660-LED

| | |
|---|---|
| PersonalWeb Technologies LLC v. EMC Corporation et al | Date Filed: 12/08/2011 |
| Assigned to: Judge Leonard Davis | Date Terminated: 08/05/2013 |
| Related Cases: 6:11-cv-00655-LED | Jury Demand: Both |
| 6:11-cv-00657-LED | Nature of Suit: 830 Patent |
| 6:11-cv-00658-LED | Jurisdiction: Federal Question |
| 6:12-cv-00658-LED | |
| 6:12-cv-00662-LED | |
| 6:12-cv-00659-LED | |
| 6:12-cv-00663-LED | |
| 6:12-cv-00660-LED | |
| 6:12-cv-00661-LED | |

Cause: 35:271 Patent Infringement

**Mediator**

| | | |
|---|---|---|
| **David Folsom** | represented by | **David Folsom** |
| | | Special Master - David Folsom |
| | | 6004 Summerfield Drive |
| | | Texarkana, TX 75503 |
| | | 903-255-3251 |
| | | Fax: 903-255-3266 |
| | | Email: dfolsom@jw.com |
| | | PRO SE |

**Technical Advisor**

**Richard D. Egan**

**Plaintiff**

| | | |
|---|---|---|
| **PersonalWeb Technologies LLC** | represented by | **Jennifer Leigh Truelove** |
| | | McKool Smith - Marshall |
| | | P O Box O |
| | | 104 East Houston St., Suite 300 |
| | | Marshall, TX 75670 |
| | | 903-923-9000 |
| | | Fax: 903-923-9099 |
| | | Email: jtruelove@mckoolsmith.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Lawrence Milton Hadley** |
| | | McKool Smith Hennigan, PC - Los |
| | | Angeles |
| | | 865 South Figueroa Street |

Ste 2900
Los Angeles, CA 90017
213-694-1135
Fax: 213-694-1234
Email:
lhadley@mckoolsmithhennigan.com
*ATTORNEY TO BE NOTICED*

**Samuel Franklin Baxter**
McKool Smith - Marshall
P O Box O
104 East Houston St., Suite 300
Marshall, TX 75670
903/923-9000
Fax: 903-923-9099
Email: sbaxter@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Level 3 Communications, LLC.,**          represented by   **David Dewey Wier , IV**
Level 3 Communications, LLC
1025 Eldorado Blvd
Broomfield, CO 80021
720-888-3539
Fax: 720-888-5619
Email: david.wier@level3.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Franklin Baxter**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**EMC Corporation**          represented by   **Anna Lumelsky**
Wilmer Cutler Pickering Hale & Dorr -
Boston
60 State Street
Boston, MA 02109
617/526-6271
Fax: 617/526-5000
Email: anna.lumelsky@wilmerhale.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cortney C Hoecherl**
Wilmer Cutler Pickering Hale & Dorr

LLP - Palo Alto
950 Page Mill Road
Palo Alto, CA 94303
650/858-6127
Fax: 650/858-6100
Email:
cortney.hoecherl@wilmerhale.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cynthia D Vreeland**
Wilmer Cutler Pickering Hale & Dorr -
Boston
60 State Street
Boston, MA 02109
617-526-6148
Fax: 617-526-5000
Email:
cynthia.vreeland@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Michael E Jones**
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903-597-8311
Fax: 903-593-0846
Email: mikejones@potterminton.com
*ATTORNEY TO BE NOTICED*

**Robert Michael Galvin**
Wilmer Cutler Pickering Hale & Dorr
LLP - Palo Alto
950 Page Mill Road
Palo Alto, CA 94303
650-858-6000
Fax: 650-858-6100
Email: robert.galvin@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**VMWare, Inc.**                    represented by   **Anna Lumelsky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cortney C Hoecherl**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cynthia D Vreeland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael E Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Michael Galvin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**VMWare, Inc.**                    represented by  **Anna Lumelsky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cortney C Hoecherl**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael E Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**EMC Corporation**                 represented by  **Anna Lumelsky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cortney C Hoecherl**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael E Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Level 3 Communications, LLC.,**   represented by  **Samuel Franklin Baxter**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**PersonalWeb Technologies LLC**           represented by **Lawrence Milton Hadley**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Samuel Franklin Baxter**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**VMWare, Inc.**                          represented by **Anna Lumelsky**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Cortney C Hoecherl**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Cynthia D Vreeland**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Michael E Jones**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Robert Michael Galvin**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**EMC Corporation**                       represented by **Anna Lumelsky**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Cortney C Hoecherl**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Cynthia D Vreeland**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Michael E Jones**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Robert Michael Galvin**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Level 3 Communications, LLC.,**          represented by   **David Dewey Wier , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Franklin Baxter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**PersonalWeb Technologies LLC**          represented by   **Lawrence Milton Hadley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Franklin Baxter**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2011 | 1 | COMPLAINT *FOR PATENT INFRINGEMENT* against EMC Corporation, VMWare, Inc. ( Filing fee $ 350 receipt number 0540-3354322.), filed by PersonalWeb Technologies LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Civil Cover Sheet)(Baxter, Samuel) (Additional attachment(s) added on 12/14/2011: # 10 Exhibit A Searchable, # 11 Exhibit B Searchable, # 12 Exhibit C Searchable, # 13 Exhibit D Searchable, # 14 Exhibit E Searchable, # 15 Exhibit F Searchable, # 16 Exhibit G Searchable, # 17 Exhibit H Searchable) (mjc, ). (Entered: 12/08/2011) |
| 12/08/2011 | | Judge Leonard Davis added. (mll, ) (Entered: 12/09/2011) |
| 12/14/2011 | 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Baxter, Samuel) (Entered: 12/14/2011) |
| 12/15/2011 | 3 | E-GOV SEALED SUMMONS Issued as to EMC Corporation, VMWare, Inc., and emailed to pltf for service. (mll, ) (Entered: 12/15/2011) |
| 12/15/2011 | 4 | CORPORATE DISCLOSURE STATEMENT filed by PersonalWeb Technologies LLC identifying Corporate Parent None for PersonalWeb Technologies LLC. (Baxter, Samuel) (Entered: 12/15/2011) |
| 12/27/2011 | 5 | Return of Service Executed as to VMWare, Inc. on 12/16/2011, by personal |

| | | |
|---|---|---|
| | | service; answer due: 1/6/2012. (mll, ) (Entered: 12/27/2011) |
| 12/27/2011 | 6 | Return of Service Executed as to EMC Corporation on 12/16/2011, by personal service; answer due: 1/6/2012. (mll, ) (Entered: 12/27/2011) |
| 12/30/2011 | 7 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re EMC Corporation.( Jones, Michael) (Entered: 12/30/2011) |
| 12/30/2011 | 8 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re VMWare, Inc..( Jones, Michael) (Entered: 12/30/2011) |
| 01/03/2012 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 7 is granted pursuant to Local Rule CV-12 for EMC Corporation to 2/16/2012. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 01/03/2012) |
| 01/03/2012 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 8 is granted pursuant to Local Rule CV-12 for VMWare, Inc. to 2/16/2012. 41 Days Granted for Deadline Extension.( mll, ) (Entered: 01/03/2012) |
| 02/08/2012 | 9 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re EMC Corporation.( Jones, Michael) (Entered: 02/08/2012) |
| 02/08/2012 | 10 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re VMWare, Inc..( Jones, Michael) (Entered: 02/08/2012) |
| 02/10/2012 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 9 is granted pursuant to Local Rule CV-12 for EMC Corporation to 2/27/2012. 11 Days Granted for Deadline Extension.( mll, ) (Entered: 02/10/2012) |
| 02/10/2012 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint 10 is granted pursuant to Local Rule CV-12 for VMWare, Inc. to 2/27/2012. 11 Days Granted for Deadline Extension.( mll, ) (Entered: 02/10/2012) |
| 02/24/2012 | 11 | NOTICE of Attorney Appearance by Lawrence Milton Hadley on behalf of PersonalWeb Technologies LLC (Hadley, Lawrence) (Entered: 02/24/2012) |
| 02/27/2012 | 12 | MOTION to Dismiss for Lack of Jurisdiction by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Declaration of A. Lumelsky, # 2 Exhibit 1 - Inventors to Kinetech Assgmt, # 3 Exhibit 2 - Kinetech to Digital Island, # 4 Exhibit 3 - Digital Island change of name, # 5 Exhibit 4 - Cable to Savvis assignment, # 6 Exhibit 5 - Savvis merger documents, # 7 Exhibit 6 - Savvis change of name, # 8 Exhibit 7 - Savvis to Mt. Shasta, # 9 Exhibit 8 - Mt. Shasta Level 3 merger, # 10 Exhibit 9 - Security Agreement - Wells Fargo, # 11 Exhibit 10 - pages from '442 reexam, # 12 Exhibit 11 - 650 app terminal disclaimer, # 13 Exhibit 12 - Kinetech to PersonalWeb, # 14 Exhibit 13 - 092811 Press Release, # 15 Text of Proposed Order)(Jones, Michael) (Entered: 02/27/2012) |
| 02/27/2012 | 13 | MOTION to Change Venue *to the Northern District of California or, in the alternative, to the Central District of California* by EMC Corporation, |

| | | |
|---|---|---|
| | | VMWare, Inc.. (Attachments: # 1 Declaration of Cortney C. Hoecherl, # 2 Exhibit 1 - Bermeister declaration, # 3 Exhibit 2 - Brilliant press release, # 4 Exhibit 3 - 20110928 press release, # 5 Exhibit 4 -Brilliant CA SOS, # 6 Exhibit 5 - Altnet CA SOS, # 7 Exhibit 6 - Kinetech CA SOS, # 8 Exhibit 7 - Business Wire story - Kinetech, # 9 Exhibit 8 - itnews story Aussie eyes Apple, # 10 Exhibit 9 - 20111206 press release, # 11 Exhibit 10 - Patent No. 8,001,096, # 12 Exhibit 11 - PersonalWeb formation certificate, # 13 Exhibit 12 - Weiss deeds, # 14 Exhibit 13 - Mike Weiss - LinkedIn, # 15 Exhibit 14 - Markiles, # 16 Exhibit 15 - Dyne, # 17 Exhibit 16 - PersonalWeb formation certificate, # 18 Exhibit 17 - Kassis, # 19 Exhibit 18 - Bermeister, # 20 Exhibit 19 - Farber Facebook, # 21 Exhibit 20 - Catbird, # 22 Exhibit 21 - CenterGate, # 23 Exhibit 22 - Plaintiffs Opposition to Motion to Transfer, # 24 Exhibit 23 - Hellman, # 25 Exhibit 24 - itnews story EMC, VMware, # 26 Exhibit 25 - Audible Magic CA SOS, # 27 Exhibit 26 - Skype, # 28 Exhibit 27 - Neumann, # 29 Exhibit 28 - Lasky, # 30 Exhibit 29 - Court stats, # 31 Exhibit 30 - Wireless recognition, # 32 Declaration of Betsy Sutter, # 33 Declaration of Kathleen M. Lyons, # 34 Text of Proposed Order)(Jones, Michael) (Entered: 02/27/2012) |
| 02/27/2012 | 14 | MOTION for More Definite Statement *Pursuant to Fed. R. Civ. P. 12(E)* by VMWare, Inc.. (Attachments: # 1 Declaration of Betsy Sutter, # 2 Text of Proposed Order)(Jones, Michael) (Entered: 02/27/2012) |
| 03/01/2012 | 15 | CORPORATE DISCLOSURE STATEMENT filed by EMC Corporation identifying Corporate Parent None for EMC Corporation. (Jones, Michael) (Entered: 03/01/2012) |
| 03/01/2012 | 16 | CORPORATE DISCLOSURE STATEMENT filed by VMWare, Inc. identifying Corporate Parent EMC Corporation for VMWare, Inc.. (Jones, Michael) (Entered: 03/01/2012) |
| 03/14/2012 | 17 | Unopposed MOTION for Extension of Time to File Response/Reply as to 14 MOTION for More Definite Statement *Pursuant to Fed. R. Civ. P. 12(E)*, 13 MOTION to Change Venue *to the Northern District of California or, in the alternative, to the Central District of California*, 12 MOTION to Dismiss for Lack of Jurisdiction by PersonalWeb Technologies LLC. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 03/14/2012) |
| 03/15/2012 | 18 | ORDER granting 17 Motion for Extension of Time to File Response/Reply re 13 MOTION to Change Venue *to the Northern District of California or, in the alternative, to the Central District of California*, 12 MOTION to Dismiss for Lack of Jurisdiction, 14 MOTION for More Definite Statement *Pursuant to Fed. R. Civ. P. 12(E)*; Responses due by 4/6/2012. Pltf's deadline for amending the complaint is extended to 4-06-2012. Signed by Judge Leonard Davis on 03/15/12. cc:attys 3-15-12 (mll, ) (Entered: 03/15/2012) |
| 04/06/2012 | 19 | AMENDED COMPLAINT *for Patent Infringement* against EMC Corporation, VMWare, Inc., filed by PersonalWeb Technologies LLC, Level 3 Communications, LLC.,. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Errata H)(Baxter, Samuel) (Entered: 04/06/2012) |

| | | |
|---|---|---|
| 04/06/2012 | 20 | RESPONSE in Opposition re 13 MOTION to Change Venue *to the Northern District of California or, in the alternative, to the Central District of California filed by PersonalWeb Technologies LLC.* (Attachments: # 1 Declaration of Kevin Bermeister, # 2 Declaration of Mark Dyne, # 3 Declaration of Ronald D. Lachman, # 4 Declaration of Murray Markiles, # 5 Declaration of Anthony Neumann, # 6 Declaration of Brian Siritzky, # 7 Declaration of Michael Weiss, # 8 Exhibit A.1, # 9 Exhibit A.2, # 10 Exhibit A.3, # 11 Exhibit A.4, # 12 Exhibit A.5, # 13 Exhibit A.6, # 14 Exhibit A.7, # 15 Exhibit A.8, # 16 Exhibit A.9, # 17 Exhibit A.10, # 18 Exhibit A.11, # 19 Exhibit A.12, # 20 Exhibit A.13, # 21 Exhibit A.14, # 22 Exhibit A.15, # 23 Exhibit A.16, # 24 Exhibit A.17, # 25 Exhibit A.18, # 26 Exhibit A.19, # 27 Exhibit A.20, # 28 Exhibit A.21, # 29 Exhibit A.22, # 30 Exhibit A.23, # 31 Exhibit A.24, # 32 Exhibit A.25, # 33 Exhibit A.26, # 34 Exhibit A.27, # 35 Exhibit A.28, # 36 Exhibit A.29, # 37 Exhibit A.30, # 38 Exhibit A.31, # 39 Exhibit A.32, # 40 Exhibit A.33, # 41 Exhibit A.34, # 42 Exhibit A.35, # 43 Text of Proposed Order)(Baxter, Samuel) (Entered: 04/06/2012) |
| 04/12/2012 | 21 | RESPONSE in Opposition re 14 MOTION for More Definite Statement *Pursuant to Fed. R. Civ. P. 12(E)*, 12 MOTION to Dismiss for Lack of Jurisdiction *filed by PersonalWeb Technologies LLC.* (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 04/12/2012) |
| 04/16/2012 | 22 | Unopposed MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Change Venue *to the Northern District of California or, in the alternative, to the Central District of California* by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 04/16/2012) |
| 04/17/2012 | 23 | ORDER granting 22 Motion for Extension of Time to File Response/Reply re 13 MOTION to Change Venue *to the Northern District of California or, in the alternative, to the Central District of California*; Responses due by 5/7/2012. Signed by Judge Leonard Davis on 04/17/12. cc:attys 4-17-12 (mll, ) (Entered: 04/17/2012) |
| 04/23/2012 | 24 | ANSWER to 19 Amended Complaint, *Affirmative Defenses and,* COUNTERCLAIM against Level 3 Communications, LLC.,, PersonalWeb Technologies LLC by VMWare, Inc., EMC Corporation.(Jones, Michael) (Entered: 04/23/2012) |
| 04/24/2012 | 25 | APPLICATION to Appear Pro Hac Vice by Attorney Cortney C Hoecherl for EMC Corporation, VMWare, Inc. (mll, ) (Entered: 04/24/2012) |
| 04/30/2012 | 26 | APPLICATION to Appear Pro Hac Vice by Attorney Anna Lumelsky for EMC Corporation, VMWare, Inc. (mll, ) (Entered: 05/01/2012) |
| 05/07/2012 | 27 | SEALED PATENT REPLY to Response to PATENT Motion re 13 MOTION to Change Venue *to the Northern District of California or, in the alternative, to the Central District of California filed by EMC Corporation, VMWare, Inc..* (Attachments: # 1 Declaration of Paul Carpentier, # 2 Exhibit 1 - flight search from Antwerp, # 3 Exhibit 2 - flight search from Brussels, # 4 Declaration of Cortney Hoecherl, # 5 Exhibit 31- Weiss final vol. i, # 6 Exhibit 32 - PW 85, # 7 Exhibit 33 - PW 81, # 8 Exhibit 34 - Promissory |

| | | |
|---|---|---|
| | | Note, # 9 Exhibit 35 - Contribution Agreement, # 10 Exhibit 36 - Asset Contribution Agreement, # 11 Exhibit 37 - Cousin Case, # 12 Exhibit 38 - Streamcast v. Skype, # 13 Exhibit 39 - Business Plan, # 14 Exhibit 40 - Ltr to Lumelsky 050712, # 15 Exhibit 41 - PWEB 000287)(Jones, Michael) (Entered: 05/07/2012) |
| 05/07/2012 | 28 | Unopposed MOTION for Leave to File Under Seal re 27 Sealed PATENT Reply to Response to PATENT Motion,,, by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 05/07/2012) |
| 05/08/2012 | 29 | ORDER granting 28 Motion for Leave to File Under Seal. Signed by Judge Leonard Davis on 05/08/12. cc:attys 5-08-12 (mll, ) (Entered: 05/08/2012) |
| 05/18/2012 | 30 | Unopposed MOTION to Seal *SURREPLY IN SUPPORT OF OPPOSITION TO MOTION TO TRANSFER VENUE* by PersonalWeb Technologies LLC. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 05/18/2012) |
| 05/18/2012 | 31 | SEALED PATENT SUR-REPLY to Reply to Response to PATENT Motion re 13 MOTION to Change Venue *to the Northern District of California or, in the alternative, to the Central District of California filed by PersonalWeb Technologies LLC.* (Attachments: # 1 Declaration of Wasef Kassis, # 2 Declaration of Kevin Bermeister, # 3 Declaration of Lawrence M. Hadley, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Declaration Supplemental Michael Weiss, # 9 Exhibit 1, # 10 Exhibit 2, # 11 Exhibit 3, # 12 Exhibit 4, # 13 Exhibit 5, # 14 Exhibit 6, # 15 Exhibit 7, # 16 Exhibit 8, # 17 Exhibit 9, # 18 Exhibit 10)(Baxter, Samuel) (Entered: 05/18/2012) |
| 05/18/2012 | 32 | ANSWER to 24 Answer to Amended Complaint, Counterclaim by PersonalWeb Technologies LLC.(Baxter, Samuel) (Entered: 05/18/2012) |
| 05/23/2012 | 33 | ORDER granting 30 Motion to Seal Surreply to Motion to Transfer Venue. Signed by Judge Leonard Davis on 5/23/12. (mjc, ) (Entered: 05/23/2012) |
| 05/25/2012 | 34 | ORDER setting Status Conference set for 6/7/2012 10:30 AM in Ctrm 361 (Tyler) before Judge Leonard Davis. Briefs due 5/31/2012. Signed by Judge Leonard Davis on 5/25/12. (mjc, ) (Entered: 05/25/2012) |
| 05/30/2012 | 35 | Unopposed MOTION for Leave to Allow Non-Lead Counsel to Appear at Status Conference by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 05/30/2012) |
| 05/31/2012 | 36 | ORDER granting 35 Motion for leave to have counsel Cynthia D. Vreelandappear at the 6-07-2012 status conference in place of lead counsel William F. Lee. Signed by Judge Leonard Davis on 05/31/12. cc:attys 5-31-12 (mll, ) (Entered: 05/31/2012) |
| 05/31/2012 | 37 | BRIEF filed *JUNE 7, 2012 STATUS CONFERENCE BRIEF* by PersonalWeb Technologies LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Baxter, Samuel) (Entered: 05/31/2012) |
| 05/31/2012 | 38 | BRIEF filed *Response to Order Regarding Efficient Handling of Actions Serially-Filed by Plaintiffs* by EMC Corporation, VMWare, Inc.. |

| | | (Attachments: # 1 Exhibit 1-Accused Products, Systems, Services and Software)(Jones, Michael) (Entered: 05/31/2012) |
|---|---|---|
| 06/05/2012 | 39 | NOTICE of Attorney Appearance by Cynthia D Vreeland on behalf of All Defendants (Vreeland, Cynthia) (Entered: 06/05/2012) |
| 06/06/2012 | 40 | Unopposed MOTION for Leave to File Under Seal *Their Motion to Supplement Record* by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 06/06/2012) |
| 06/06/2012 | 41 | SEALED PATENT MOTION *to Supplement the Record in Support of their Motion to Transfer Venue to the Northern District of California or, In the Alternative, to the Central District of California* by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Declaration of C. Hoecherl, # 2 Exhibit 42 - 041712 email from Lumelsky, # 3 Exhibit 43 - 042012 ltr from Vreeland, # 4 Exhibit 44 - 042412 ltr from Hadley, # 5 Exhibit 45 - 050212 ltr from Vreeland, # 6 Exhibit 46 - 050312 ltr from Hadley, # 7 Exhibit 47 - 052912 Burmeister depo trans, # 8 Exhibit 3 to Burmeister, # 9 Exhibit 21 to Burmeister, # 10 Exhibit 22 to Burmeister, # 11 Exhibit 27 to Burmeister, # 12 Exhibit 28 to Burmeister, # 13 Declaration of Theresa Dawnson, # 14 Exhibit A - 051112 email from Hadley, # 15 Text of Proposed Order)(Jones, Michael) (Entered: 06/06/2012) |
| 06/07/2012 | 42 | ORDER granting 40 Motion for Leave to File Under Seal. Signed by Judge Leonard Davis on 06/07/12. cc:attys 6-07-12 (mll, ) (Entered: 06/07/2012) |
| 06/07/2012 | 43 | Minute Entry for proceedings held before Judge Leonard Davis: Status Conference held on 6/7/2012. (Court Reporter Jill McFadden.) (Attachments: # 1 Sign in sheet) (cwk) (Entered: 06/07/2012) |
| 06/13/2012 | 44 | RESPONSE in Opposition re 41 SEALED PATENT MOTION *to Supplement the Record in Support of their Motion to Transfer Venue to the Northern District of California or, In the Alternative, to the Central District of California* filed by PersonalWeb Technologies LLC. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 06/13/2012) |
| 06/15/2012 | 45 | ORDER that parties are to submit agreed Docket Control and Discovery Orders to the Court by 06-27-2012. For purposes of computing the time deadlines under the local patent rules, the Court deems 06-30-2012 as the effective Rule 16 Initial Case Management Conference date, and thus plaintiff's PR 3-1 and 3-2 disclosures will be due 06-20-2012. Signed by Judge Leonard Davis on 06/15/12. cc:attys 6-15-12(mll, ) (Entered: 06/15/2012) |
| 06/19/2012 | 46 | Unopposed MOTION to Amend/Correct 45 Order, by PersonalWeb Technologies LLC. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 06/19/2012) |
| 06/20/2012 | 47 | NOTICE by PersonalWeb Technologies LLC *SUPPLEMENT TO 46 PERSONALWEB'S MOTION FOR EXTENSION OF TIME TO SERVE PATENT RULE 3-1 AND 3-2 DISCLOSURES* (Baxter, Samuel) Modified on 6/21/2012 (sm, ). (Entered: 06/20/2012) |

| 06/20/2012 | 48 | Unopposed MOTION for Extension of Time to Submit Docket Control and Discovery Orders by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 06/20/2012) |
|---|---|---|
| 06/20/2012 | 49 | NOTICE by EMC Corporation, VMWare, Inc. *of Subpoena to Autonomy* (Attachments: # 1 Exhibit 1 - Subpoena to Autonomy)(Jones, Michael) (Entered: 06/20/2012) |
| 06/21/2012 | 50 | ORDER granting 46 Motion to Amend/Correct. The deadline for Plaintiff to serve its Patent Rule 3-1 and 3-2 Disclosures is extended to 7-02-2012. Signed by Judge Leonard Davis on 06/21/12. cc:attys 6-21-12 (mll, ) (Entered: 06/21/2012) |
| 06/21/2012 | 51 | ORDER granting 48 Motion for Extension of Time. The deadline for Parties to submit their Docket Control and Discovery Orders is extended to 7-09-2012. Signed by Judge Leonard Davis on 06/21/12. cc:attys 6-21-12 (mll, ) (Entered: 06/21/2012) |
| 06/25/2012 | 52 | REPLY to Response to Motion re 41 SEALED PATENT MOTION *to Supplement the Record in Support of their Motion to Transfer Venue to the Northern District of California or, In the Alternative, to the Central District of California filed by EMC Corporation, VMWare, Inc..* (Jones, Michael) (Entered: 06/25/2012) |
| 07/05/2012 | 53 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of STATUS CONFERENCE HEARING held on 6/7/12 before Judge Leonard Davis. Court Reporter/Transcriber: Jill E. McFadden, CSR,Telephone number: (903) 593-3213. (28 Pages)<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2012. Redacted Transcript Deadline set for 8/9/2012. Release of Transcript Restriction set for 10/8/2012. (tja, ) (Entered: 07/05/2012) |
| 07/09/2012 | 54 | Unopposed MOTION for Extension of Time to File */Submit Docket Control and Discovery Orders* by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 07/09/2012) |
| 07/10/2012 | 55 | ORDER granting 54 Motion for Extension of Time. The deadline for Parties to submit their Docket Control and Discovery Orders is extended to 7-13-2012. Signed by Judge Leonard Davis on 07/10/12. cc:attys 7-10-12 (mll, ) (Entered: 07/10/2012) |
| 07/13/2012 | 56 | MOTION for Entry of Docket Control Order by EMC Corporation, VMWare, |

| | | Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 07/13/2012) |
|---|---|---|
| 07/13/2012 | 57 | MOTION FOR ENTRY OF DOCKET CONTROL ORDER by PersonalWeb Technologies LLC. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 07/13/2012) |
| 07/17/2012 | 58 | ORDER that the time for the Parties to submit their Discovery Order is extended to 7-23-2012. Signed by Judge Leonard Davis on 07/17/12. cc:attys 7-17-12(mll, ) (Entered: 07/17/2012) |
| 07/17/2012 | 59 | ORDER for Defendants to file a single brief regarding PersonalWeb Technologies proposed docket control order. Brief due by 7/20/2012. Signed by Judge Leonard Davis on 7/17/12. (mjc, ) (Entered: 07/17/2012) |
| 07/18/2012 | 60 | Unopposed MOTION for Extension of Time to File *PROPOSED PROTECTIVE ORDER* by PersonalWeb Technologies LLC. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 07/18/2012) |
| 07/19/2012 | 61 | ORDER granting 60 Motion for Extension of Time. The time for Parties to submit their Protective Order is extended to 7-23-2012. Signed by Judge Leonard Davis on 07/19/12. cc:attys 7-19-12 (mll, ) (Entered: 07/19/2012) |
| 07/20/2012 | 62 | RESPONSE in Support re 56 MOTION for Entry of Docket Control Order *filed by EMC Corporation, VMWare, Inc..* (Galvin, Robert) (Entered: 07/20/2012) |
| 07/20/2012 | 63 | NOTICE by EMC Corporation, VMWare, Inc. *Regarding Selection of a Mediator* (Galvin, Robert) (Entered: 07/20/2012) |
| 07/23/2012 | 64 | ***DEFICIENT DOCUMENT. DISREGARD.*** NOTICE by PersonalWeb Technologies LLC *NOTICE OF PLAINTIFF PERSONALWEB TECHNOLOGIES LLC REGARDING SELECTION OF MEDIATOR* (Baxter, Samuel) Modified on 7/25/2012 (gsg). (Entered: 07/23/2012) |
| 07/23/2012 | 65 | Joint MOTION for Protective Order by PersonalWeb Technologies LLC. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 07/23/2012) |
| 07/23/2012 | 66 | Joint MOTION TO ENTER DISCOVERY ORDER by PersonalWeb Technologies LLC. (Attachments: # 1 Text of Proposed Order, # 2 Plaintiff's Proposed E-Discovery Order, # 3 Defendants' Proposed E-Discovery Order)(Baxter, Samuel) (Entered: 07/23/2012) |
| 07/24/2012 | 67 | ORDER REFERRING CASE to Mediator. David Folsom added as Mediator. Signed by Judge Leonard Davis on 07/24/12. cc:attys 7-25-12(mll, ) (Entered: 07/25/2012) |
| 07/24/2012 | 68 | ORDER that plaintiff file a single reply brief addressing Defendants' objections or concerns to plaintiffs proposed docket control order, as contained in its brief. Such brief shall be filed by 7-27-2012. Signed by Judge Leonard Davis on 07/24/12. cc:attys 7-25-12(mll, ) (Entered: 07/25/2012) |
| 07/25/2012 | | NOTICE of Deficiency regarding the Notice, entry 64 submitted. No |

| | | |
|---|---|---|
| | | certificate of service. Correction should be made by 1 busines day. (gsg) (Entered: 07/25/2012) |
| 07/25/2012 | [69](#) | NOTICE by PersonalWeb Technologies LLC re [66](#) Joint MOTION TO ENTER DISCOVERY ORDER (Baxter, Samuel) (Entered: 07/25/2012) |
| 07/25/2012 | [70](#) | NOTICE by PersonalWeb Technologies LLC *NOTICE OF PLAINTIFF REGARDING SELECTION OF MEDIATOR* (Baxter, Samuel) (Entered: 07/25/2012) |
| 07/25/2012 | [71](#) | NOTICE by PersonalWeb Technologies LLC re [65](#) Joint MOTION for Protective Order (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B)(Baxter, Samuel) (Entered: 07/25/2012) |
| 07/27/2012 | [72](#) | REPLY to Response to Motion re [57](#) MOTION FOR ENTRY OF DOCKET CONTROL ORDER *filed by PersonalWeb Technologies LLC*. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B)(Baxter, Samuel) (Entered: 07/27/2012) |
| 07/27/2012 | [73](#) | NOTICE by EMC Corporation, PersonalWeb Technologies LLC, VMWare, Inc. re [57](#) MOTION FOR ENTRY OF DOCKET CONTROL ORDER, [56](#) MOTION for Entry of Docket Control Order *Joint Notice of Agreed-Upon Date for Rule 26 Initial Disclosures* (Jones, Michael) (Entered: 07/27/2012) |
| 08/07/2012 | [74](#) | ORDER terminating [56](#) Motion ; terminating [57](#) Motion. Defendants are ORDERED to file a motion for entry of an operative DCO reflecting the Courts resolution of the parties competing proposals. Signed by Judge Leonard Davis on 08/07/12. cc:attys 8-07-12 (mll, ) (Entered: 08/07/2012) |
| 08/07/2012 | [75](#) | ORDER granting [65](#) Motion for Protective Order; granting [66](#) Motion. Plaintiff is ORDERED to file a motion requesting entry of an operative e-discovery order and protective order reflecting resolutions set by this order. Signed by Judge Leonard Davis on 08/07/12. cc:attys 8-07-12 (mll, ) (Entered: 08/07/2012) |
| 08/08/2012 | [76](#) | Unopposed MOTION for Entry of Docket Control Order by EMC Corporation, VMWare, Inc.. (Attachments: # [1](#) Text of Proposed Order Ex. A Docket Control Order)(Jones, Michael) (Entered: 08/08/2012) |
| 08/09/2012 | [77](#) | Unopposed MOTION for Protective Order by PersonalWeb Technologies LLC. (Attachments: # [1](#) Text of Proposed Order)(Baxter, Samuel) (Entered: 08/09/2012) |
| 08/09/2012 | [78](#) | Unopposed MOTION FOR ENTRY OF E-DISCOVERY ORDER by PersonalWeb Technologies LLC. (Attachments: # [1](#) Text of Proposed Order) (Baxter, Samuel) (Entered: 08/09/2012) |
| 08/09/2012 | [79](#) | PROTECTIVE ORDER. Signed by Judge Leonard Davis on 08/09/12. cc:attys 8-09-12(mll, ) (Entered: 08/09/2012) |
| 08/10/2012 | [80](#) | ORDER REGARDING E-DISCOVERY IN PATENT CASES. Signed by Judge Leonard Davis on 08/10/12. cc:attys 8-13-12(mll, ) (Entered: 08/13/2012) |
| 08/17/2012 | [81](#) | NOTICE of Discovery Disclosure by PersonalWeb Technologies LLC |

|  |  | (Baxter, Samuel) (Entered: 08/17/2012) |
|---|---|---|
| 08/17/2012 | 82 | NOTICE of Discovery Disclosure by EMC Corporation (Hoecherl, Cortney) (Entered: 08/17/2012) |
| 08/17/2012 | 83 | NOTICE of Discovery Disclosure by VMWare, Inc. (Hoecherl, Cortney) (Entered: 08/17/2012) |
| 08/27/2012 | 84 | DOCKET CONTROL ORDER. Jury Selection set for 11/3/2014 09:00AM before Judge Leonard Davis. Jury Trial set for 11/10/2014 09:00 AM before Judge Leonard Davis. Markman Hearing set for 7/18/2013 09:00 AM before Judge Leonard Davis. Pretrial Conference set for 10/23/2014 09:00 AM before Judge Leonard Davis. Signed by Judge Leonard Davis on 08/24/12. cc:attys 8-27-12(mll, ) (Entered: 08/27/2012) |
| 09/10/2012 | 85 | ORDER denying as moot 12 Motion to Dismiss for Lack of Jurisdiction. Signed by Judge Leonard Davis on 09/10/12. cc:attys 9-11-12 (mll, ) (Entered: 09/11/2012) |
| 09/10/2012 | 86 | ORDER denying as moot 14 Motion for More Definite Statement. Signed by Judge Leonard Davis on 09/10/12. cc:attys 9-11-12 (mll, ) (Entered: 09/11/2012) |
| 10/04/2012 | 87 | ORDER granting 41 Sealed Patent Motion. Signed by Judge Leonard Davis on 10/4/2012. (gsg) (Entered: 10/04/2012) |
| 11/05/2012 | 88 | NOTICE of Attorney Appearance by David Dewey Wier, IV on behalf of Level 3 Communications, LLC., (Wier, David) (Entered: 11/05/2012) |
| 11/05/2012 | 89 | CORPORATE DISCLOSURE STATEMENT filed by Level 3 Communications, LLC., identifying Corporate Parent None for Level 3 Communications, LLC.,. (Wier, David) (Entered: 11/05/2012) |
| 11/19/2012 | 90 | Unopposed MOTION for Extension of Time to File *Motion to Extend P.R. 3-3 and 3-4 Deadlines* by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 11/19/2012) |
| 11/20/2012 | 91 | ORDER granting 90 Motion for Extension of Time. The deadline for Defendants to comply with P.R. 3-3 and 3-4 is extended to 12-14-2012. Signed by Judge Leonard Davis on 11/20/12. cc:attys 11-20-12 (mll, ) (Entered: 11/20/2012) |
| 01/15/2013 | 92 | Order reassigning this case to United States District Judge Michael H. Schneider per General Order 13-3. Please see Appendix D: Addendum Regarding Cases Assigned to Judge Schneider. Case Reassigned to Judge Michael H. Schneider. Judge Leonard Davis no longer assigned to the case. (mll, ) (Entered: 01/15/2013) |
| 02/05/2013 | 93 | Joint MOTION TO ENTER DISCOVERY ORDER by PersonalWeb Technologies LLC. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Additional attachment(s) added on 2/11/2013: # 2 Corrected Proposed Order) (gsg, ). (Entered: 02/05/2013) |
| 02/05/2013 | 94 | ORDER REASSIGNING CASE. Case reassigned to Judge Leonard Davis for |

| | | all further proceedings. Judge Michael H. Schneider no longer assigned to case. Signed by Judge Michael H. Schneider on 02/05/13. cc:attys 2-06-13 (mll, ) (Entered: 02/06/2013) |
|---|---|---|
| 02/06/2013 | 95 | MOTION to Stay *Pending Decision on Motion to Transfer* by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Exhibit A - Fusion IO order, # 2 Exhibit B - Solid State, # 3 Text of Proposed Order)(Jones, Michael) (Entered: 02/06/2013) |
| 02/06/2013 | 96 | Unopposed MOTION to Supplement the Record re 13 MOTION to Change Venue *to the Northern District of California or, in the alternative, to the Central District of California* by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 02/06/2013) |
| 02/11/2013 | 97 | DISCOVERY ORDER. Signed by Judge Leonard Davis on 02/11/13. cc:attys 2-12-13 (mll, ) (Entered: 02/12/2013) |
| 02/11/2013 | 98 | ORDER granting 96 Motion to Supplement the Record Regarding Motion to Transfer Venue. Signed by Judge Leonard Davis on 02/11/13. cc:attys 2-12-13 (mll, ) (Entered: 02/12/2013) |
| 02/25/2013 | 99 | RESPONSE in Opposition re 95 MOTION to Stay *Pending Decision on Motion to Transfer filed by PersonalWeb Technologies LLC.* (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 02/25/2013) |
| 03/08/2013 | 100 | REPLY to Response to Motion re 95 MOTION to Stay *Pending Decision on Motion to Transfer filed by EMC Corporation, VMWare, Inc..* (Attachments: # 1 Exhibit A - In Re Fusion-IO)(Jones, Michael) (Entered: 03/08/2013) |
| 03/15/2013 | 101 | NOTICE of Discovery Disclosure by EMC Corporation, VMWare, Inc. *regarding Compliance with PR 4-1* (Jones, Michael) (Entered: 03/15/2013) |
| 03/18/2013 | 102 | SUR-REPLY to Reply to Response to Motion re 95 MOTION to Stay *Pending Decision on Motion to Transfer filed by PersonalWeb Technologies LLC.* (Baxter, Samuel) (Entered: 03/18/2013) |
| 03/21/2013 | 103 | MEMORANDUM OPINION AND ORDER conditionally granting 13 Motion to Change Venue to the Northern District of California; denying as moot 95 Motion to Stay. The Court will retain jurisdiction over all Defendants through the claim construction process. All conditional transfers will become effective the day the Court issues its claim construction opinion. Signed by Judge Leonard Davis on 03/21/13. cc:attys 3-21-13 (mll, ) (Entered: 03/21/2013) |
| 04/12/2013 | 104 | NOTICE of Discovery Disclosure by EMC Corporation, VMWare, Inc. *regarding Compliance with PR 4-2* (Jones, Michael) (Entered: 04/12/2013) |
| 04/12/2013 | 105 | NOTICE of Discovery Disclosure by EMC Corporation, VMWare, Inc. *regarding Privilege Log Compliance* (Attachments: # 1 Exhibit A - Ltr re Privileged Docs)(Jones, Michael) (Entered: 04/12/2013) |
| 04/12/2013 | 106 | NOTICE by PersonalWeb Technologies LLC *NOTICE OF COMPLIANCE REGARDING PRIVILEGE LOG* (Attachments: # 1 Letter Regarding |

| | | Privilege Log)(Baxter, Samuel) (Entered: 04/12/2013) |
|---|---|---|
| 04/17/2013 | 107 | NOTICE by PersonalWeb Technologies LLC *NOTICE OF COMPLIANCE REGARDING P.R. 4-2 DISCLOSURES* (Baxter, Samuel) (Entered: 04/17/2013) |
| 04/24/2013 | 108 | Joint MOTION for Extension of Time to File *Joint Claim Construction and Prehearing Statement* by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 04/24/2013) |
| 04/25/2013 | 109 | ORDER granting 108 Motion for Extension of Time. The deadline for the Parties to file the Joint Claim Construction and Prehearing Statement in this case is 5-03-2013. Signed by Judge Leonard Davis on 04/25/13. (mll, ) (Entered: 04/25/2013) |
| 05/01/2013 | 110 | AMENDED ANSWER to 19 Amended Complaint, *Defenses and,* COUNTERCLAIM against Level 3 Communications, LLC.,, PersonalWeb Technologies LLC by VMWare, Inc., EMC Corporation. (Jones, Michael) (Entered: 05/01/2013) |
| 05/01/2013 | 111 | DEMAND for Trial by Jury by EMC Corporation, VMWare, Inc.. (Jones, Michael) (Entered: 05/01/2013) |
| 05/03/2013 | 112 | JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT filed by PersonalWeb Technologies LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Baxter, Samuel) (Entered: 05/03/2013) |
| 05/03/2013 | 113 | JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT filed by PersonalWeb Technologies LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Baxter, Samuel) (Entered: 05/03/2013) |
| 05/07/2013 | 114 | ORDER that parties meet and confer to reduce the number of disputed terms to a reasonable number. Parties shall file an amended P.R. 4-3 Statement within seven days. The Court also reminds parties that the page limits governing dispositive motions pursuant to Local Rule CV-7(a) apply to claim construction briefing and will not be extended absent a showing of good cause. Signed by Judge Leonard Davis on 05/07/13. (mll, ) (Entered: 05/07/2013) |
| 05/08/2013 | 115 | NOTICE by PersonalWeb Technologies LLC *NOTICE OF SELECTION OF TECHNICAL ADVISOR* (Attachments: # 1 Exhibit 1)(Baxter, Samuel) (Entered: 05/08/2013) |
| 05/09/2013 | 116 | ORDER appointing Richard D. Egan to the position of technical advisor in this case, with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. Signed by Judge Leonard Davis on 5/9/13. (mjc, ) (Entered: 05/10/2013) |
| 05/14/2013 | 117 | AMENDED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT filed by PersonalWeb Technologies LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Baxter, Samuel) (Entered: 05/14/2013) |
| 06/05/2013 | 118 | OPENING CLAIM CONSTRUCTION BRIEF filed by PersonalWeb Technologies LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, |

|  |  |  |
|---|---|---|
|  |  | # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Declaration of Ashley McMillian)(Baxter, Samuel) (Entered: 06/05/2013) |
| 06/21/2013 | 119 | Unopposed MOTION for Leave to File a Single Consolidated Claim Construction Brief in Excess of Pages Allowed for Single Brief by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Text of Proposed Order) (Jones, Michael) (Entered: 06/21/2013) |
| 06/21/2013 | 120 | ORDER granting 119 Motion for Leave to Exceed Page Limits. Signed by Judge Leonard Davis on 06/21/13. (mll, ) (Entered: 06/21/2013) |
| 06/24/2013 | 121 | RESPONSE to 118 Claim Construction Brief, *filed by EMC Corporation, VMWare, Inc.*. (Attachments: # 1 Declaration of C. Hoecherl, # 2 Exhibit A_791 FH_03-12-97 Amend B_MS-PERSONALWEB000019853, # 3 Exhibit B_791 FH_08-28-97 Amend C_MS-PERSONALWEB000042859, # 4 Exhibit C_791 IPR Prelim Resp_MS-PERSONALWEB000040911, # 5 Exhibit D_791 IPR decision, # 6 Exhibit _280 FH_PWEB000880, # 7 Exhibit F_280 IPR Prelim Resp_MS-PERSONALWEB000041030, # 8 Exhibit G_280 IPR decision, # 9 Exhibit H_442 FH 05-28-04 Amendment_MS-PERSONALWEB000041824, # 10 Exhibit I_442 Reexam FH 07-30-09 Excerpt, # 11 Exhibit J_539 IPR decision, # 12 Exhibit K_662 FH 12-29-08 Amendment_MS-PERSONALWEB000022861, # 13 Exhibit _096 FH_PWEB007267, # 14 Exhibit M_096 IPR Prelim Resp_MS-PERSONALWEB000041475, # 15 Exhibit N_Excerpts from 2012-07-02 PW's Infringement Contention for EMCVMW)(Jones, Michael) (Entered: 06/24/2013) |
| 06/28/2013 | 122 | ***FILED IN ERROR PER ATTORNEY. DISREGARD.*** Unopposed MOTION for Extension of Time to File Response/Reply as to 121 Reply to Claim Construction Brief,,, by PersonalWeb Technologies LLC. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) Modified on 6/28/2013 (gsg). (Entered: 06/28/2013) |
| 06/28/2013 | 123 | Unopposed MOTION for Extension of Time to File Response/Reply as to 118 Claim Construction Brief, by PersonalWeb Technologies LLC. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 06/28/2013) |
| 06/28/2013 | 124 | Unopposed MOTION for Extension of Time to File *JOINT STATEMENT ON TIME REQUESTED FOR MARKMAN HEARING* by PersonalWeb Technologies LLC. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 06/28/2013) |
| 07/03/2013 | 125 | ORDER granting 123 Motion for Extension of Time to File Response/Reply re 123 Unopposed MOTION for Extension of Time to File Response/Reply as to 118 Claim Construction Brief. Replies due by 7/8/2013. Signed by Judge Leonard Davis on 7/3/13. (mjc, ) (Entered: 07/03/2013) |
| 07/08/2013 | 126 | ORDER granting 124 Motion for Extension of Time. Parties' deadline to file the Joint Statement on Time Requested for the Markman Hearing is extended to 7-08-2013. Signed by Judge Leonard Davis on 07/08/13. (mll, ) (Entered: 07/08/2013) |

| 07/08/2013 | 127 | REPLY CLAIM CONSTRUCTION BRIEF filed by PersonalWeb Technologies LLC. (Attachments: # 1 Declaration of Jeffrey Huang, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Baxter, Samuel) (Entered: 07/08/2013) |
| --- | --- | --- |
| 07/08/2013 | 128 | NOTICE by PersonalWeb Technologies LLC *JOINT NOTICE TO COURT ON ESTIMATED AMOUNT OF TIME REQUESTED FOR CLAIM CONSTRUCTION HEARING* (Baxter, Samuel) (Entered: 07/08/2013) |
| 07/08/2013 | 129 | NOTICE by PersonalWeb Technologies LLC *NOTICE OF COMPLIANCE* (Attachments: # 1 Exhibit 1)(Baxter, Samuel) (Entered: 07/08/2013) |
| 07/11/2013 | 130 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** MOTION for Leave to File *Their Motion to Stay Pending Inter Partes Review with Judge Davila in the Northern District of California* by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Exhibit A - Motion to Stay, # 2 Text of Proposed Order)(Jones, Michael) Document sealed by the Court. Modified on 7/11/2013 (mjc, ). (Entered: 07/11/2013) |
| 07/11/2013 |  | ***FILED IN ERROR. Document # 130 Motion for Leave to File. PLEASE IGNORE. TO BE REFILED BY ATTORNEY.*** (mjc, ) (Entered: 07/11/2013) |
| 07/11/2013 | 131 | SEALED PATENT MOTION *for Leave to File Their Motion to Stay Pending Inter Partes Review with Judge Davila in the Northern District of California* by EMC Corporation, VMWare, Inc.. (Attachments: # 1 Exhibit A - Motion to Stay, # 2 Text of Proposed Order)(Jones, Michael) (Entered: 07/11/2013) |
| 07/14/2013 | 132 | NOTICE by PersonalWeb Technologies LLC *NOTICE OF COMPLIANCE REGARDING TECHNOLOGY TUTORIAL* (Baxter, Samuel) (Entered: 07/14/2013) |
| 07/16/2013 | 133 | NOTICE of Attorney Appearance by Jennifer Leigh Truelove on behalf of PersonalWeb Technologies LLC (Truelove, Jennifer) (Entered: 07/16/2013) |
| 07/18/2013 | 134 | Minute Entry for proceedings held before Judge Leonard Davis: **Markman Hearing held on 7/18/2013.** (Court Reporter Shea Sloan.) (Attachments: # 1 Attorney Sign-In Sheet) (rlf) (Entered: 07/18/2013) |
| 07/29/2013 | 135 | RESPONSE in Opposition re 131 SEALED PATENT MOTION *for Leave to File Their Motion to Stay Pending Inter Partes Review with Judge Davila in the Northern District of California* filed by PersonalWeb Technologies LLC. (Attachments: # 1 Declaration of Roderick G. Dorman, # 2 Text of Proposed Order)(Baxter, Samuel) (Entered: 07/29/2013) |
| 08/05/2013 | 136 | MEMORANDUM OPINION AND ORDER. The Court interprets the claim language in this case in the manner set forth in this Order. Signed by Judge Leonard Davis on 08/05/13. (mll, ) (Entered: 08/05/2013) |
| 08/05/2013 | 137 | ORDER granting 13 MOTION to Change Venue *to the Northern District of California or, in the alternative, to the Central District of California* filed by VMWare, Inc., EMC Corporation. The Clerk is ORDERED to transfer these cases to the Northern District of California. The Court hereby WAIVES the 21-day waiting period pursuant to Local Rule CV-83(b), so the cases may be |

| | | transferred immediately. Signed by Judge Leonard Davis on 08/05/13. (mll, ) (Entered: 08/05/2013) |
|---|---|---|
| 08/05/2013 | | Interdistrict transfer to the Northern District of California. (mll, ) (Entered: 08/05/2013) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 08/07/2013 14:19:41 | | |
| PACER Login: | hd0009 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 6:11-cv-00660-LED |
| Billable Pages: | 16 | Cost: | 1.60 |