# EXHIBIT 28

US1DOCS 7784863v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PersonalWeb Technologies LLC, et al.<br><br>Plaintiff,<br><br>vs.<br><br>EMC Corporation and VMware, Inc.<br><br>Defendants. | Civil Action No. 6:11-cv-660 (LED)<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF PERSONALWEB'S SUPPLEMENTAL DISCLOSURE
OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS
EDTX PATENT RULE 3-1**

Plaintiff PersonalWeb Technologies, LLC, provide the following supplemental Patent Rule 3-1 Disclosure of Asserted Claims and Infringement Contentions as to Defendants EMC Corporation and VMware, Inc. ("Defendants").

**I.    EACH CLAIM OF EACH PATENT IN SUIT THAT IS ALLEGEDLY INFRINGED BY DEFENDANTS**

PersonalWeb alleges that Defendants have infringed and are infringing at least the following claims ("Asserted Claims") of the following patents:

| Patent | Claims Alleged Infringed Literally and/or Under the Doctrine of Equivalents |
|---|---|
| U.S. Patent No. 5,978,791 ('791 patent) | 1-4, 29-33, and 41 |
| U.S. Patent No. 6,415,280 ('280 patent) | 36 and 38 |
| U.S. Patent No. 6,928,442 ('442 patent) | 1, 2, 4, and 7 |
| U.S. Patent No. 7,802,310 ('310 patent) | 24, 32, 70, 81 and 86 |

| U.S. Patent No. 7,945,539 ('539 patent) | 10, 21 and 34 |
|---|---|
| U.S. Patent No. 7,945,544 ('544 patent) | 1 |
| U.S. Patent No. 7,949,662 ('662 patent) | 30 |
| U.S. Patent No. 8,001,096 ('096 patent) | 1, 2, 81, 83 |

## II. THE IDENTITY OF DEFENDANTS' ACCUSED INSTRUMENTALITIES

| **EMC** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **791 patent** | **280 patent** | **442 patent** | **310 patent** | **539 patent** | **544 patent** | **662 patent** | **096 patent** |
| EMC Centera | 1-4, 29-33, 41 | 36, 38 | 1, 2, 4, 7 | 24, 32, 70, 81, 86 | 10, 21, 34 | 1 | 30 | 1, 2, 81, 83 |
| EMC Data Domain | 1-3, 29, 33 | 36, 38 | 1, 2, 4, 7 | 24, 32, 81, 86 | | | | |
| EMC Avamar | 1-4, 29-33, 41 | 36, 38 | 1, 2, 4, 7 | 24, 32, 81, 86 | 10, 21, 34 | 1 | 30 | 1, 2 |
| EMC Atmos CAS | 1-4, 29-33, 41 | 36, 38 | 1, 2, 4, 7 | 24, 32, 70, 81, 86 | 10, 21, 34 | 1 | 30 | 1, 2, 81, 83 |
| EMC Isilon | 1-3, 29, 33 | 36, 38 | 1, 2, 4, 7 | 24, 32, 81, 86 | | | | |
| | | | | | | | | |
| **VMware** | | | | | | | | |
| | **791 patent** | **280 patent** | **442 patent** | **310 patent** | **539 patent** | **544 patent** | **662 patent** | **096 patent** |
| vSphere | 1-3, 29 | 36, 38 | 1, 2, 4, 7 | 24, 32, 81, 86 | | | | |
| Vmware Data Recovery | 1-3, 29, 33 | 36, 38 | 1, 2, 4, 7 | 24, 32, 81, 86 | | | | |
| vSphere Storage Appliance | 1-3, 29 | 36, 38 | 1, 2, 4, 7 | 24, 32, 81, 86 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| vCloud | 1-3, 29 | 36, 38 | 1, 2, 4, 7 | 24, 32, 81, 86 | | | | |

DATED:  October 31, 2012　　　　　　　　**McKOOL SMITH, P.C.**

　　　　　　　　　　　　　　　　　　　　　　 /s/ *Samuel E. Baxter*　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Samuel E. Baxter
　　　　　　　　　　　　　　　　　　　　(sbaxter@mckoolsmith.com)
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 01938000
　　　　　　　　　　　　　　　　　　　　104 East Houston Street, Suite 300
　　　　　　　　　　　　　　　　　　　　P. O. Box. 0
　　　　　　　　　　　　　　　　　　　　Marshall, Texas  75670
　　　　　　　　　　　　　　　　　　　　Telephone:  (903) 923-9000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (903) 923-9095

　　　　　　　　　　　　　　　　　　　　Theodore Stevenson, III
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 19196650
　　　　　　　　　　　　　　　　　　　　tstevenson@mckoolsmith.com
　　　　　　　　　　　　　　　　　　　　David Sochia
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00797470
　　　　　　　　　　　　　　　　　　　　McKool Smith, P.C.
　　　　　　　　　　　　　　　　　　　　300 Crescent Court, Suite 1500
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　Telephone: (214) 978-4000
　　　　　　　　　　　　　　　　　　　　Telecopier: (214) 978-4044


　　　　　　　　　　　　　　　　　　　　Steve Pollinger
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24011919
　　　　　　　　　　　　　　　　　　　　spollinger@mckoolsmith.com
　　　　　　　　　　　　　　　　　　　　McKool Smith, P.C.
　　　　　　　　　　　　　　　　　　　　300 West Sixth Street, Suite 1700
　　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　　Telephone: (512) 692-8700
　　　　　　　　　　　　　　　　　　　　Telecopier: (512) 692-8744

　　　　　　　　　　　　　　　　　　　　Roderick G. Dorman (CA SBN 96908)
　　　　　　　　　　　　　　　　　　　　rdorman@mckoolsmithhennigan.com
　　　　　　　　　　　　　　　　　　　　Lawrence M. Hadley (CA SBN 157728)
　　　　　　　　　　　　　　　　　　　　lhadley@mckoolsmithhennigan.com
　　　　　　　　　　　　　　　　　　　　865 South Figueroa Street, Suite 2900
　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90017
　　　　　　　　　　　　　　　　　　　　Telephone:  (213) 694-1200
　　　　　　　　　　　　　　　　　　　　Facsimile:  (213) 694-1234

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*PersonalWeb Technologies LLC*

4