1 RODERICK G. DORMAN (SBN 96908)
rdorman@mckoolsmithhennigan.com
2 LAWRENCE M. HADLEY (SBN 157728)
lhadley@mckoolsmithhennigan.com
3 ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
4 JEFFREY HUANG (SBN 266774)
jhuang@mckoolsmithhennigan.com
5 MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
6 Los Angeles, California 90017
Telephone: (213) 694-1200
7 Facsimile: (213) 694-1234

8 THEODORE STEVENSON III (PRO HAC VICE)
tstevenson@mckoolsmith.com
9 MCKOOL SMITH, P.C.
300 Crescent Court Suite 1500
10 Dallas, Texas 75201
Telephone: (214) 978-4000
11 Facsimile: (214) 978-4044

12 Attorneys for Plaintiff
PERSONALWEB TECHNOLOGIES, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EMC CORPORATION and VMWARE, INC.<br><br>Defendants. | Case No. 5:13-cv-01358-EJD<br><br>**NOTICE OF APPEARANCE OF RODERICK G. DORMAN**<br><br>Hon. Edward J. Davila |

Case No. 5:13-cv-01358-EJD

NOTICE OF APPEARANCE OF
RODERICK G. DORMAN

916037

1   Notice is hereby given that the undersigned attorney, Roderick G. Dorman, enters his
2   appearance in this matter for plaintiff PERSONALWEB TECHNOLOGIES, LLC, for the purpose
3   of receiving notices and orders from the Court, and requests that copies of all briefs, motions, orders,
4   correspondence and other papers be electronically served on Roderick G. Dorman at the email
5   address of rdorman@mckoolsmithhennigan.com.

DATED:   August 16, 2013        MCKOOL SMITH HENNIGAN, P.C.

By /s/ Roderick G. Dorman
   Roderick G. Dorman

RODERICK G. DORMAN (SBN 96908)
rdorman@mckoolsmithhennigan.com
LAWRENCE M. HADLEY (SBN 157728)
lhadley@mckoolsmithhennigan.com
ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
JEFFREY HUANG (SBN 266774)
jhuang@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:    (213) 694-1200
Facsimile:    (213) 694-1234

THEODORE STEVENSON III
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court Suite 1500
Dallas, Texas 75201
Telephone:    (214) 978-4000
Facsimile:    (214) 978-4044

Attorneys for Plaintiff, PERSONALWEB
TECHNOLOGIES, LLC.

McKool Smith Hennigan, P.C.
los angeles, california

1

Case No. 5:13-cv-01358-EJD                    NOTICE OF APPEARANCE OF
                                                   RODERICK G. DORMAN
916037

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 16, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

/s/ Lawrence M. Hadley