RODERICK G. DORMAN (SBN 96908)
rdorman@mckoolsmithhennigan.com
LAWRENCE M. HADLEY (SBN 157728)
lhadley@mckoolsmithhennigan.com
ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
JEFFREY HUANG (SBN 266774)
jhuang@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:      (213) 694-1200
Facsimile:      (213) 694-1234

THEODORE STEVENSON III (PRO HAC VICE)
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court Suite 1500
Dallas, Texas 75201
Telephone:      (214) 978-4000
Facsimile:      (214) 978-4044

Attorneys for Plaintiff
PERSONALWEB TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES LLC and LEVEL 3 COMMUNICATIONS, LLC., <br><br>Plaintiffs,<br><br>v.<br><br>EMC CORPORATION and VMWARE, INC.<br><br>Defendants. | Case No. 5:13-cv-01358-EJD<br><br>**NOTICE OF APPEARANCE OF JEFFREY HUANG**<br><br>Hon. Edward J. Davila |

Case No. 5:13-cv-01358-EJD

NOTICE OF APPEARANCE OF JEFFREY HUANG

916039

1  Notice is hereby given that the undersigned attorney, Jeffrey Huang, enters his appearance in
2  this matter for plaintiff PERSONALWEB TECHNOLOGIES, LLC, for the purpose of receiving
3  notices and orders from the Court, and requests that copies of all briefs, motions, orders,
4  correspondence and other papers be electronically served on Jeffrey Huang at the email address of
5  jhuang@mckoolsmithhennigan.com.

6
7  DATED: August 16, 2013          McKool Smith Hennigan, P.C.
8
9
10                                 By /s/ Jeffrey Huang
                                      Jeffrey Huang
11
12                                 RODERICK G. DORMAN (SBN 96908)
                                   rdorman@mckoolsmithhennigan.com
13                                 LAWRENCE M. HADLEY (SBN 157728)
                                   lhadley@mckoolsmithhennigan.com
14                                 ALAN P. BLOCK (SBN 143783)
                                   ablock@mckoolsmithhennigan.com
15                                 JEFFREY HUANG (SBN 266774)
                                   jhuang@mckoolsmithhennigan.com
16                                 MCKOOL SMITH HENNIGAN, P.C.
                                   865 South Figueroa Street, Suite 2900
17                                 Los Angeles, California 90017
                                   Telephone:    (213) 694-1200
18                                 Facsimile:    (213) 694-1234

19                                 THEODORE STEVENSON III
                                   tstevenson@mckoolsmith.com
20                                 MCKOOL SMITH, P.C.
                                   300 Crescent Court Suite 1500
21                                 Dallas, Texas 75201
                                   Telephone:    (214) 978-4000
22                                 Facsimile:    (214) 978-4044

23
                                   Attorneys for Plaintiff, PERSONALWEB
24                                 TECHNOLOGIES, LLC.
25
26
27
28                                     1

Case No. 5:13-cv-01358-EJD                               NOTICE OF APPEARANCE OF
                                                         JEFFREY HUANG
916039

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 16, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

/s/ Lawrence M. Hadley