RODERICK G. DORMAN (SBN 96908)
rdorman@mckoolsmithhennigan.com
LAWRENCE M. HADLEY (SBN 157728)
lhadley@mckoolsmithhennigan.com
ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
JEFFREY HUANG (SBN 266774)
jhuang@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

THEODORE STEVENSON III (PRO HAC VICE)
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiff
PERSONALWEB TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES LLC and LEVEL 3 COMMUNICATIONS, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> EMC CORPORATION and VMWARE, INC., <br><br> Defendants. | Case No. 5:13-cv-01358-EJD <br><br> **PLAINTIFF PERSONALWEB TECHNOLOGIES, LLC'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** <br><br> Hon. Edward J. Davila |

## PLAINTIFF PERSONALWEB TECHNOLOGIES LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff PersonalWeb Technologies, LLC ("PersonalWeb") makes this corporate disclosure statement.

PersonalWeb has no parent corporation and no publically held corporation owns 10% or more of PersonalWeb Technologies, LLC .

DATED: August 16, 2013                    McKOOL SMITH HENNIGAN, P.C.


By /s/ Lawrence M. Hadley
    Lawrence M. Hadley


RODERICK G. DORMAN (SBN 96908)
rdorman@mckoolsmithhennigan.com
LAWRENCE M. HADLEY (SBN 157728)
lhadley@mckoolsmithhennigan.com
ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
JEFFREY HUANG (SBN 266774)
jhuang@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:    (213) 694-1200
Facsimile:    (213) 694-1234

THEODORE STEVENSON III
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court Suite 1500
Dallas, Texas 75201
Telephone:    (214) 978-4000
Facsimile:    (214) 978-4044


Attorneys for Plaintiff, PERSONALWEB TECHNOLOGIES, LLC.

Case No. 5:13-cv-01358-EJD     1     PLTF's FED. R. Civ. P. 7.1 DISCLOSURE STATEMENT

915977

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 16 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

_/s/ Lawrence M. Hadley_