William F. Lee
  william.lee@wilmerhale.com
Cynthia D. Vreeland
  cynthia.vreeland@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Robert Galvin (SBN 171508)
  robert.galvin@wilmerhale.com
Cortney C. Hoecherl (SBN 245005)
  cortney.hoecherl@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

*Attorney for Defendants and Counterclaim-Plaintiffs EMC Corporation and VMware, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PersonalWeb Technologies, LLC and Level 3 Communications, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC Corporation and VMware, Inc.<br><br>Defendants. | Case No. 5:13-cv-01358-EJD<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Hon. Edward J. Davila |

**NOTICE OF CHANGE IN COUNSEL**
Case No. 5:13-cv-01358-EJD

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Michael E. Jones, of Potter Minton, P.C., 500 Plaza Tower, 110 N. College, Tyler, Texas 75702, is no longer counsel of record for Defendants EMC Corporation and VMware, Inc., in the above captioned matter.  Please remove Michael E. Jones from all service lists.

Dated: August 21, 2013            By:   */s/ Cortney C. Hoecherl*

William F. Lee
  william.lee@wilmerhale.com
Cynthia D. Vreeland
  cynthia.vreeland@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Robert Galvin (SBN 171508)
  robert.galvin@wilmerhale.com
Cortney C. Hoecherl (SBN 245005)
  cortney.hoecherl@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

*Attorney for Defendants and Counterclaim-Plaintiffs EMC Corporation and VMware, Inc.*

**NOTICE OF CHANGE IN COUNSEL**
Case No. 5:13-cv-01358-EJD

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L.R. 5-1(h)(1) on August 21, 2013.

Dated: August 21, 2013        */s/ Cortney C. Hoecherl*
                              Cortney C. Hoecherl (SBN 245005)