Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

PERSONALWEB TECHNOLOGIES LLC and
LEVEL 3 COMMUNICATIONS, LLC )
) Case No: 5:13-cv-01358-EJD
)
Plaintiff(s), ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
v. ) **PRO HAC VICE**
) **(CIVIL LOCAL RULE 11-3)**
EMC CORPORATION and VMWARE, INC. )
)
Defendant(s). )

I, Theodore Stevenson, III, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: PersonalWeb Techonologies, LLC in the above-entitled action. My local co-counsel in this case is Jeffrey Huang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201 | McKool Smith Hennigan, P.C.<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD:<br>214.978.4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>213.694.1200 |
| MY EMAIL ADDRESS OF RECORD:<br>tstevenson@mckoolsmith.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jhuang@mckoolsmithhennigan.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 19196650.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Theodore Stevenson, III is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 20, 2013

Re: Theodore Stevenson III, State Bar Number 19196650

To Whom It May Concern:

This is to certify that Mr. Theodore Stevenson III was licensed to practice law in Texas on April 14, 1989, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Stevenson's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/lm

