Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

PERSONALWEB TECHNOLOGIES LLC and
LEVEL 3 COMMUNICATIONS, LLC

Plaintiff(s),

v.

EMC CORPORATION and VMWARE, INC.

Defendant(s).

Case No: 5:13-cv-01358-EJD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Theodore Stevenson, III, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: PersonalWeb Techonologies, LLC in the above-entitled action. My local co-counsel in this case is Jeffrey Huang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201 | McKool Smith Hennigan, P.C.<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD:<br>214.978.4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>213.694.1200 |
| MY EMAIL ADDRESS OF RECORD:<br>tstevenson@mckoolsmith.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jhuang@mckoolsmithhennigan.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 19196650.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:

APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Theodore Stevenson, III is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/29/2013

UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER