Case5:13-cv-01358-EJD Document21 Filed08/30/13 Page1 of 4

William F. Lee
william.lee@wilmerhale.com
Cynthia D. Vreeland
cynthia.vreeland@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Robert Galvin (SBN 171508)
robert.galvin@wilmerhale.com
Cortney C. Hoecherl (SBN 245005)
cortney.hoecherl@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorney for Defendants and Counterclaim-Plaintiffs EMC Corporation and VMware, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PersonalWeb Technologies, LLC and Level 3 Communications, LLC,

Plaintiffs,

vs.

EMC Corporation and VMware, Inc.

Defendants.

Case No. 5:13-cv-01358-EJD

**STIPULATED REQUEST TO EXTEND THE DEADLINE FOR DEFENDANTS' TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION TO STAY BY THREE DAYS**

Hon. Edward J. Davila

**STIPULATED REQUEST TO EXTEND THE DEADLINE FOR DEFENDANTS' TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION TO STAY BY THREE DAYS**
Case No. 5:13-cv-01358-EJD

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Case5:13-cv-01358-EJD Document21 Filed08/30/13 Page2 of 4

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, defendants EMC Corporation and VMware, Inc. (collectively "Defendants"), request that the Court extend the deadline for Defendants' to file their reply brief in support of their motion to stay by three days (from Tuesday, September 3, 2013, until Friday, September 6, 2013). Defendants and Plaintiff PersonalWeb Technologies, LLC ("PersonalWeb") stipulate to this request.

This stipulated request is supported by the following facts:

- Defendants filed their Notice of Motion and Motion to Stay Pending *Inter Partes* Review ("Motion to Stay") on August 13, 2013. Dkt. 8. Defendants' reply brief in support of their Motion to Stay is currently due September 3, 2013;
- September 2, 2013 is the federal holiday Labor Day;
- Given the holiday, the parties agree that good cause exists for the requested extension;
- The parties conferred regarding this request on August 29, 2013;
- Defendants represent that they have filed or will file, in support of this stipulated request, an accompanying sworn declaration;
- Pursuant to Civil L.R. 6-2, Defendants request that this Court order, by signing below, that the deadline for Defendants' to file their reply brief in support of their motion to stay is extended to Friday, September 6, 2013, and Defendants and PersonalWeb stipulate to this request.

IT IS SO STIPULATED.

Dated: August 29, 2013

Respectfully submitted,

EMC CORPORATION and VMWARE, INC.

By their attorneys,

*/s/ Cortney C. Hoecherl*

**STIPULATED REQUEST TO EXTEND THE DEADLINE FOR DEFENDANTS' TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION TO STAY BY THREE DAYS**
Case No. 5:13-cv-01358-EJD

2

Case5:13-cv-01358-EJD Document21 Filed08/30/13 Page3 of 4

William F. Lee
william.lee@wilmerhale.com
Cynthia D. Vreeland
cynthia.vreeland@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Robert Galvin (SBN 171508)
robert.galvin@wilmerhale.com
Cortney C. Hoecherl (SBN 245005)
cortney.hoecherl@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants and Counterclaim-Plaintiffs EMC Corporation and VMware, Inc.*

Dated: August 29, 2013

Respectfully submitted,

PERSONALWEB TECHNOLOGIES, LLC

By its attorneys,

*/s/ Lawrence M. Hadley*

Lawrence M. Hadley
lhadley@mckoolsmithhennigan.com
HENNIGAN BENNETT AND DORMAN
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017
Telephone: (213)-697-1200

*Attorney for Plaintiff PersonalWeb Technologies, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: 8/30/2013

UNITED STATES DISTRICT COURT JUDGE

**STIPULATED REQUEST TO EXTEND THE DEADLINE FOR DEFENDANTS' TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION TO STAY BY THREE DAYS**
Case No. 5:13-cv-01358-EJD

3

Case5:13-cv-01358-EJD Document21 Filed08/30/13 Page4 of 4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L.R. 5-1(h)(1) on August 29, 2013.

Dated: August 29, 2013

*/s/ Cortney C. Hoecherl*
Cortney C. Hoecherl (SBN 245005)

STIPULATED REQUEST TO EXTEND THE DEADLINE FOR DEFENDANTS' TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION TO STAY BY THREE DAYS
Case No. 5:13-cv-01358-EJD
4