Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PersonalWeb Technologies, LLC and
Level 3 Communications, LLC )
) Case No: 5:13-cv-01358 EJD
)
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
EMC Corporation and VMWare, Inc. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Peter M. Dichiara, an active member in good standing of the bar of Supreme Judicial Court of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: EMC Corporation and VMWare, Inc. in the above-entitled action. My local co-counsel in this case is Robert Galvin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| WilmerHale<br>60 State Street<br>Boston, MA 02109 | WilmerHale<br>950 Page Mill Road<br>Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 526-6000 | (650) 858-6000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| peter.dichiara@wilmerhale.com | robert.galvin@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 564244.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/04/13

Peter M. Dichiara
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Peter M. Dichiara is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/6/2013

UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                October 2012