**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, | CASE NOS. 5:13-cv-01317 EJD; 5:13-cv-01356 EJD; 5:13-cv-01358 EJD; 5:13-cv-01359 EJD |
| Plaintiff(s), | |
| v. | **RELATED CASE ORDER** |
| GOOGLE, INC., et. al., / | |
| FACEBOOK, INC. / | |
| EMC CORPORATION, et. al., / | |
| NETAPP, INC. | |
| Defendant(s). / | |

Pursuant to Civil Local Rule 3-12, the court finds that the above-entitled cases ARE RELATED. Accordingly, the clerk shall administratively relate these files.

**IT IS SO ORDERED.**

Dated: October 28, 2013

EDWARD J. DAVILA
United States District Judge