"

Left margin (vertical): **Y km gt'E ewgt'Rlemglpi 'J cng'cpf 'F qtt''NNR**
**;72'Rci g'O kni'Tqcf**
**Rcrq'Cnq.'Ecriltpic'"6526**

3   Tqdgtv'I cmkp*%UDP '39372;+
    '"tqdgtv0 cmkpB y km gtj cng0eqo "
4   Eqtvpg{'E0J qgej gtri*%UDP '467227+
    '"eqtvpg{0j qgej gtriB y km gtj cng0eqo "
5   Y KNO GT'EWNNGT 'RKEMGT KP I 'J CNG
    CPF 'F QTT''NNR
6   ; 72'Rci g'O kni'Tqcf
    Rcrq'Cnq.'EC"; 6526
7   Vgrnj qpg<'*872+' 7: /8222
    Hceuo kng<'*872+' 7: /8322
8   "
9   Y kmkco 'H0Ngg'
    '"y kmkco 0nggB y km gtj cng0eqo "
:   E{pyjkc'F0Xtggpcrf '
    '"e{pyjkc0xtggpcrf B y km gtj cng0eqo "
;   Rgvgt 'F kej kctc
    '"Rgvgt0fkej kctcB y km gtj cng0eqo "
    Y KNO GT'EWNNGT 'RKEMGT KP I 'J CNG'
32  CPF 'F QTT''NNR
    82'Ucvg 'Utggv
33  Dquvqp.'O C'"2432; 
    Vgrnj qpg<'*839+'748/8222
34  Hceuo kng<'*839+'748/7222
    "
35  *Cwvqtpg{'Iqt 'F ghgpf cpu'cpf 'Eqwpvgtenciko /*
    *Rnckpvkhhu'GO E 'Eqtrqtcvkqp'cpf 'XO y ctg.'Kpe0*
36                          WP KVGF 'UVCVGU'F KUVTKEV'EQWTV
37                          P QTVJ GTP 'F KUVTKEV'QH'ECNKHQTP KC
38                          UCP 'LQUG'F KXKUKQP
39

3:  Rgtuqpcn'Y gb'Vgej pqnqi kgu.'NNE'cpf             Ecug'P q07<35/ev/2357: /GLF 
    Ngxgri5'Eqo o wpkecvkqpu.'NNE.                    "
3;                              Rnckpvkhhu.'"         **QTF GT 'F GP[ KP I **
                                                     **WP QRRQUGF 'O QVKQP 'HQT **
42          xu0'                                     **CF O KP KUVTCVKXG'TGNKGH'UGGMKP I **
                                                     **NGCXG'VQ 'UWRRNGO GP V'VJ G **
43  GO E 'Eqtrqtcvkqp'cpf 'XO y ctg.'Kpe0'           **TGEQTF 'QP 'F GHGP F CP VU'O QVKQP **
                                                     **VQ 'UVC[ 'RGP F KP I *INTER PARTES***
44                              F ghgpf cpvu0'       **TGXKGY **
45                                                   J qp0Gf y ctf '10F cxknc '
46                                                   "
                                                     **]GKKV'NQECN 'TWNGU7/5*f +'cpf '9/33_**
47
48
49
4:  **QTF GT'F GP[ KP I 'WP QRRQUGF **
    **O QVKQP 'HQT 'CF O KP KUVTCVKXG'TGNKGH**
    'Ecug'P q07<35/ev/2357: /GLF "

"

"

3       Wr qp"eqpukfgtcvkqp"qh'F ghgpf cpwø'Wpqr r qucf 'O qvkqp'hqt'Cf o kpkuvtcvkxg'Tgnkgh."

4   r wtuwcpv'vq'EkxkrNqecrTwngu'9/5*f +'cpf '9/33."vq'cmqy 'uwr r ngo gpvcvkqp'qh'vj g'Tgeqtf 'qp

5   F ghgpf cpwø'O qvkqp"'vq'Uvc{ 'Rgpf kpi "kpvgt 'Rctvgu'Tgxkgy "*F m0: +."vj g'o qvkqp'ku'F GP KGF 0

6       KV'KU'UQ'QTF GTGF 0

7   ""

8   "

9   F cvgf <"10/28/2013""""""""""  ""         "       GF Y CTF '1.0F C×KNC     "         ""
                                                GF Y CTF '1.0F C×KNC"
                                                Wpkvgf "Ucvgu'F kuvtkev'Lwf i g"

:   "

;   "

32  "

33  "

34  "                                                   "

35

36

37

38

39

3:

3;

42

43

44

45

46

47

48

49  "

4:  "
    "
    QTF GT'F GP[ KPI 'WPQRRQUGF "
    O QVKQP'HQT'CF O KP KUVTCVKXG'T GNKGH"
    Ecug'P q07-35/ex/2357: /GLF "
                            "