```
 3  Tqdgtv"I cnxkp"*UDP"39372:+"
    ""tqdgtv0i cnxkpB ykogtjcng0eqo"
 4  Eqtvpg{"E0Jqgejgtn*UDP"467227+"
    ""eqtvpg{0jqejgtnB ykogtjcng0eqo"
 5  YKNOGT"EWVNGT"RKEMGTKPI"JCNG"
    CPF"FQTT"NNR"
 6  ;72"Rcig"OknlTqcf"
    Rcnq"Cnq."EC";6526"
 7  Vgngrjopg<"*872+":7/8222"
    Hceukoklg<"*872+":7/8322"
 8  "
    Ykmico"H0Ngg"
 9  ""ykmico0nggB ykogtjcng0eqo"
    E{pyjkc"F0Xtggncpf"
 :  ""e{pyjkc0xtggncpfB ykogtjcng0eqo"
    Rgvgt"Fkejkctc"
 ;  ""Rgvgt0fkejkctcB ykogtjcng0eqo"
    YKNOGT"EWVNGT"RKEMGTKPI"JCNG"
10  CPF"FQTT"NNR"
    82"Uvcvg"Uvtggv"
11  Dquvqp."OC"2432;"
    Vgngrjopg<"*839+"748/8222"
12  Hceukoklg<"*839+"748/7222"
    "
13  Cwqtpg{"hqt"Fghgpfcpu"cpf"Eqwpvgtcko/"
    Rncpvkhhu"GOE"Eqtrqtcvkqp"cpf"XOycte."Kpe0"
14  
                     WPKVGF"UVCVGU"FKUVTKEV"EQWTV"
15  
                     PQTVJGTP"FKUVTKEV"QH"ECNKHQTPKC"
16  
                           UCP"LQUG"FKXKUKQP"
17
    RgtuqpcnYgd"Vgejpqnqikgu."NNE"cpf"     |  Ecug"Pq07<35/ex/2357:/GLF"
18  Ngxgn"5"Eqoowpkecvkqpu."NNE."           |
                                            |  ORDER DENYING
19                           Rncpvkhhu."     |  UNOPPOSED MOTION FOR
                                            |  ADMINISTRATIVE RELIEF SEEKING
20         xu0'                              |  LEAVE TO SUPPLEMENT THE
                                            |  RECORD ON DEFENDANTSʼ MOTION
21  GOE"Eqtrqtcvkqp"cpf"XOycte."Kpe0'       |  TO STAY PENDING INTER PARTES
                                            |  REVIEW
22                           Fghgpfcpu0'    |
                                            |  Jqp0"Gfyctf"L0"Fcxknc"
23                                          |
                                            |  ]EKXKN"NQECN"TWNGU"9/5*f+"cpf"9/33_"
24
25
26
27
28  ORDER DENYING UNOPPOSED
    MOTION FOR ADMINISTRATIVE RELIEF
    Ecug"Pq07<35/ex/2357:/GLF
```

3   Wr qp eqpukf gtcvkqp qh F ghgpf cpwø Wpqr r qugf O qvkqp hqt Cf o kpkuvtcvkxg T gnkgh
4   r wtuwcpv vq Ekxkn Nqecn Twngu 9/5*f +cpf 9/33. vq cnqy uwr r ngo gpvcvkqp qh vj g T geqtf qp
5   F ghgpf cpwø O qvkqp vq Uvc{ Rgpf kpi Kpvgt Rctvgu T gxkgy *F m0: +. vj g o qvkqp ku F GP KGF 0
6   **KV KU UQ QTFGTGF 0**

9   F cvgf < 10/28/2013

GFYCTF L0FCXKNC
Wpkvgf Uvcvgu Fkutkev Lwf i g

**QTFGT FGP[ KPI WPQRRQUGF**
**O QVKQP HQT CFO KPKUVTCVKXG TGNKGH**
Ecug P q07-35/ev-2357: /GLF

Y ko gt Ewwgt Rlengtipi J cg cpf F qtt NNR
; 72 Rci g O kn g T qcf
Rcno Cnvq. Ecnkhqtpkc ; 6526