UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONAL WEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS LLC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC. AND YOUTUBE, LLC, <br><br> Defendants. | Case Nos.: 5:13-CV-01317-EJD; 5:13-CV-01356-EJD; 5:13-CV-01358-EJD; 5:13-CV-01359-EJD <br><br> **PATENT SCHEDULING ORDER** |
| PERSONAL WEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS LLC., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK INC., <br><br> Defendant. | |
| PERSONAL WEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS LLC., <br><br> Plaintiffs, <br><br> v. <br><br> EMC CORPORATION AND VMWARE, INC., <br><br> Defendants. | |

PERSONAL WEB TECHNOLOGIES, LLC.
AND LEVEL 3 COMMUNICATIONS LLC.,

        Plaintiff,

  v.

NETAPP, INC.,

        Defendant.

The above-captioned related cases are scheduled for a case management conference on November 1, 2013. Based on the parties' respective Joint Case Management Statements the court has determined a schedule can be set without the necessity of an appearance at this time. Accordingly, the Case Management Conference is VACATED, and

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statements.

IT IS FURTHER ORDERED that the court hereby adopts the modifications made to the presumptive limits on discovery set forth in paragraphs 3 and 4 of the Discovery Order issued by the district court in the Eastern District of Texas. See Case No. 13-CV-1317, Dkt. No. 116. These paragraphs shall continue to apply as if these cases had not been transferred to this district.

IT IS FURTHER ORDERED that, unless otherwise ordered, the Local Rules for the Northern District of California, the Standing Order for All Judges of the Northern District of California, and the undersigned's Standing Orders shall control the procedure in these cases.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Any disputes as to protective orders or as to any party's Patent Disclosures—including any request to amend pursuant to Patent L.R. 3-6—are likewise referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties shall contact the court's ADR Unit within 10 days of the date of this Order.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cut-off | January 22, 2014 |
| Preliminary Pretrial Conference Statement | July 15, 2014 |
| Preliminary Pretrial Conference | July 25, 2014 at 11:00 a.m. |
| Designation of Opening Experts with Reports | February 28, 2014 |
| Designation of Rebuttal Experts with Reports | March 21, 2014 |
| Expert Discovery Cutoff | March 28, 2014 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | April 4, 2014 |

IT IS FURTHER ORDERED that the parties shall read and comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement and all other pretrial submissions.

IT IS FURTHER ORDERED that the parties shall read and comply with the Standing Order for Patent Cases, a copy of which is available from the Clerk of the Court,[2] with regard to a variety of issues unique to patent cases.

Dated: October 29, 2012

_____
EDWARD J. DAVILA
United States District Judge

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2] Judge Davila's standing orders are also available on the court's website at www.cand.uscourts.gov/ejdorders.

Case Nos.: 5:13-CV-01317-EJD; 5:13-CV-01356-EJD; 5:13-CV-01358-EJD; 5:13-CV-01359-EJD
PATENT SCHEDULING ORDER