Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PersonalWeb Technologies, LLC and Level 3 Communications, LLC | ) ) ) ) | Case No: 5:13-cv-01358  EJD |
| Plaintiff(s), | ) ) | **APPLICATION FOR** |
| v. | ) ) | **ADMISSION OF ATTORNEY** |
| EMC Corporation and VMware, Inc. | ) ) | **PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | ) ) ) | |

I, Tom Brown _____, an active member in good standing of the bar of
Massachusetts _____, hereby respectfully apply for admission to practice ***pro hac vice*** in the
Northern District of California representing: EMC Corporation _____ in the
above-entitled action. My local co-counsel in this case is Robert Galvin _____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| EMC Corporation 176 South Street Hopkinton, MA 01748 | WilmerHale 950 Page Mill Road Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: (508) 293-2913 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 858-6000 |
| MY EMAIL ADDRESS OF RECORD: Tom.Brown@emc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: robert.galvin@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 657715 .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated:  11/13/13                                                    Tom Brown
                                                                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Tom Brown _____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:  11/13/2013                              _____
                                                              UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*