Robert Galvin (SBN 171508)
  robert.galvin@wilmerhale.com
Cortney C. Hoecherl (SBN 245005)
  cortney.hoecherl@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee
  william.lee@wilmerhale.com
Cynthia D. Vreeland
  cynthia.vreeland@wilmerhale.com
Peter Dichiara
  peter.dichiara@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

*Attorneys for Defendant and Counterclaim-Plaintiff EMC Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PersonalWeb Technologies, LLC and Level 3 Communications, LLC,<br><br>  Plaintiffs,<br><br>  vs.<br><br>EMC Corporation and VMware, Inc.<br><br>  Defendants. | Case No. 5:13-cv-01358-EJD<br><br>**DEFENDANT EMC CORPORATION'S NOTICE INDICATING CONSENT TO BE BOUND BY THE ESTOPPEL LIMITATIONS SET FORTH IN 35 U.S.C. § 315(e)**<br><br>Hon. Edward J. Davila |

**DEFENDANT EMC'S NOTICE INDICATING CONSENT TO BE BOUND BY THE ESTOPPEL LIMITATIONS**
Case No. 5:13-cv-01358-EJD

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Granting Defendants' Motion to Stay (Dkt. 41), Defendant EMC Corporation hereby indicates its consent to be bound by the estoppel limitations set forth in 35 U.S.C. § 315(e), with respect to final decisions on the *inter partes* reviews by the Federal Circuit, as required by the Court's Order.

Date: January 17, 2014

                                                                                             */s/  Cortney C. Hoecherl*

William F. Lee
  william.lee@wilmerhale.com
Cynthia D. Vreeland
  cynthia.vreeland@wilmerhale.com
Peter Dichiara
  peter.dichiara@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Robert Galvin (SBN 171508)
  robert.galvin@wilmerhale.com
Cortney C. Hoecherl (SBN 245005)
  cortney.hoecherl@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Defendant and Counterclaim-Plaintiff EMC Corporation*

**DEFENDANT EMC'S NOTICE INDICATING CONSENT TO BE BOUND BY THE ESTOPPEL LIMITATIONS**
Case No. 5:13-cv-01358-EJD

1

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California  94304

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L.R. 5-1(h)(1) on January 17, 2014.

Dated: January 17, 2014         */s/ Cortney C. Hoecherl*
                                Cortney C. Hoecherl (SBN 245005)

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

CERTIFICATE OF SERVICE
Case No. 5:13-cv-01358-EJD