1  LAWRENCE M. HADLEY - State Bar No. 157728
   lhadley@glaserweil.com
2  GLASER WEIL FINK HOWARD
     AVCHEN & SHAPIRO LLP
3  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
4  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920
5
   *Attorneys for Plaintiff*
6  *PERSONALWEB TECHNOLOGIES, LLC*

7  Robert Galvin (SBN 171508)
     robert.galvin@wilmerhale.com
8  WILMER CUTLER PICKERING HALE
   AND DORR LLP
9  950 Page Mill Road
   Palo Alto, CA 94304
10 Telephone: (650) 858-6000
   Facsimile:  (650) 858-6100
11
   William F. Lee
12   william.lee@wilmerhale.com
   Cynthia D. Vreeland
13   cynthia.vreeland@wilmerhale.com
   Peter Dichiara
14   Peter.dichiara@wilmerhale.com
   WILMER CUTLER PICKERING HALE
15 AND DORR LLP
   60 State Street
16 Boston, MA  02109
   Telephone:  (617) 526-6000
17 Facsimile:  (617) 526-5000

18 *Attorney for Defendants and Counterclaim-*
   *Plaintiffs EMC Corporation and VMware, Inc.*
19

20

21

22

23

24

25

26

27

28

**JOINT STATUS REPORT**                                **CASE NO.:  5:13-CV-01358-EJD**
1662670.5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EMC CORPORATION and VMWARE, INC.,<br><br>Defendants. | CASE NO.: 5:13-cv-01358-EJD<br><br>**JOINT STATUS REPORT**<br><br>Hon. Edward J. Davila |

On January 13, 2014, this Court stayed these actions "in their entirety pending final exhaustion of the relevant review proceedings, including any appeals." (*See* Dkt. 41). The review proceedings initiated by defendants EMC Corporation ("EMC") and/or VMware, Inc. ("VMware") have resulted in the following decisions:

*Claims invalidated and subject to no further appeals*

- Claims 1-4, 29-33, and 41 of Patent No. 5,978,791; Claims 36 and 38 of Patent No. 6,415,280; Claim 1 of Patent No. 7,945,544; Claims 10, 21, and 34 of Patent No. 7,945,539; Claims 1, 3, 4, and 30 of Patent No. 7,949,662; and Claims 1, 2, 81, and 83 Patent No. 8,001,096. *See* (IPR2013-00082), Dkt.83, Final Written Decision, at 66; (IPR2013-00083), Dkt. 80, Final Written Decision, at 41-42; (IPR2013-00084), Dkt. 64, Final Written Decision, at 57-58; (IPR2013-00085), Dkt. 73, Final Written Decision, at 76-77; (IPR2013-00086), Dkt. 66, Final Written Decision, at 41; and (IPR2013-00087), Dkt. 69, Final Written Decision, at 54 (affirmed without opinion on August 10, 2015).

The review proceedings initiated by defendants in related cases have resulted in the following additional decisions:

*Claims invalidated and subject to no further appeals*

- Claim 70 of Patent No. 7,802,310 ("the '310 patent"). *See* (IPR2013-00596), Dkt.33,

1

Final Written Decision, at 25 (not appealed).

***Claims preliminarily invalidated but subject to further PTO proceedings and appeals***

- Claim 7 of patent number 6,928,442 ("the '442 patent"). *See* Reexamination No. 90/013,764.

***Claims confirmed as patentable and not subject to further PTO proceedings or appeals***

- Claims 24, 32, 81, 82, and 86 of the '310 patent. *See* Personal Web Technologies, LLC v. Apple, Inc., No. 2018-1599 (Fed. Cir. Mar. 8, 2019) (mandate issued to the United States Patent and Trademark Office, June 12, 2019).

\* \* \* \*

The claims at issue in this case and not presently subject to further PTO proceedings or appeals are as follows:

- Claims 24, 32, 81, and 86 of the '310 patent.
- Claims 1, 2, and 4 of the '442 patent.

To streamline the case and avoid further delay, PersonalWeb agrees to dismiss with prejudice the asserted claims in the '442 patent and to not reassert any claims of the '442 patent against EMC, VMware, their direct and indirect customers, distributors, or end users, or any of the foregoing entities' affiliates, shareholders, directors, officers, employees, agents, representatives, assigns, predecessors, or successors based on their use, sale, or offer to sell EMC's or VMware's products at issue in this case and products no more than colorably different. Based on this agreement, claims 24, 32, 81, 82, and 86 of the '310 patent are the claims that remain at issue in this litigation.

In view of the status of these proceedings, and subject to PersonalWeb's agreement above (and entry of an appropriate order thereon), the parties agree and respectfully ask that the Court lift the current stay and set a status conference at its earliest convenience to, among other things, set a schedule for resolving the remaining disputes regarding claims 24, 32, 81, 82, and 86 of the '310 patent.

The parties further notify the Court that, besides this case, PersonalWeb's cases against Google, Facebook, and Apple remain pending in the Northern District of California. *See*

1  *PersonalWeb Technologies LLC v. Google, Inc*. et al. Case No. 5:13-cv-01317 (NDCA, Hon.
2  Edward J. Davila); *PersonalWeb Technologies LLC et al v. Apple Inc.*, Case No. 5:14-cv-01683
3  (NDCA, Hon. Edward J. Davila); *PersonalWeb Technologies LLC et al v. Facebook Inc.*, Case No.
4  5:13-cv-01356 (NDCA, Hon. Edward J. Davila).

5       The parties further notify the Court that, since this case was filed, PersonalWeb has brought
6  suit against 48 additional defendants alleging infringement of five patents, including the '310 patent
7  and the '442 patent.  None of the claims in the '310 patent remaining in this case ~~are at issue~~<u>have</u>
8  <u>been asserted.</u> These actions have been consolidated before the Honorable Beth Labson Freeman in
9  the Northern District of California pursuant to an Order from the Panel on Multidistrict Litigation.
10 *See In re: Personalweb Techs., LLC, & Level 3 Commc'ns, LLC, Patent Litig.*, MDL No. 2834, 340
11 F. Supp. 3d 1373 (U.S. Jud. Pan. Mult. Lit. 2018).  None of the claims in the '310 patent remaining
12 in this case have been asserted in the MDL proceeding and the MDL proceeding involves accused
13 products and services that differ from those at issue in this case.

14

15  DATED: June 24, 2019           Respectfully submitted,

16                                            GLASER WEIL FINK HOWARD
17                                              AVCHEN & SHAPIRO LLP

18                                         By:  */s/Lawrence M. Hadley*
19                                               LAWRENCE M. HADLEY
                                              Attorneys for Plaintiff
20                                               PERSONALWEB TECHNOLOGIES, LLC

21  DATED: June 24, 2019           WILMER CUTLER PICKERING HALE AND
                                              DORR LLP
22

23                                         By:  */s/Robert Galvin*
                                              ROBERT GALVIN
24                                               Attorneys for *Attorneys for Defendants and*
25                                               *Counterclaim-Plaintiffs EMC Corporation*
                                              *and VMware, Inc.*

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 24, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

*/s/Lawrence M. Hadley*
LAWRENCE M. HADLEY