UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EMC CORPORATION, et al.,<br><br>Defendants. | Case No. 5:13-cv-01358-EJD<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS; DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFING**<br><br>Re: Dkt. Nos. 71, 73 |

On October 4, 2019, Defendants moved for leave to amend its invalidity contentions. Dkt. 71. Pursuant to Local Patent Rule 3-6, this Court may grant leave to amend upon a showing of "good cause." The Court concludes good cause has been shown because: (1) Defendants were not required to raise a Section 101 defense when this case was originally brought in Texas; (2) other courts have held that the *Alice* decision provides good cause for amendment, see *Mortg. Grader, Inc. v. First Choice Loan Servs. Inc.*, 811 F.3d 1314, 1322 (Fed. Cir. 2016); and (3) no unfair prejudice to Plaintiff would result. *See* Dkt. 71 at ECF 3–5. Accordingly, Defendants' motion for leave to amend its invalidity contentions is **GRANTED.** Defendants, however, are instructed to file joint briefing with Defendants Facebook and Google/YouTube (who are subject to similar PersonalWeb actions) pursuant to this Court's October 10, 2019 order. The parties were instructed to file a status report as to all three of the cases. The motion is tentatively set to be heard on December 19, 2019.

On October 11, 2019, Defendants filed a motion for leave to file supplemental claim

construction briefing. Dkt. 73. Because the *Alice* ruling could moot Defendants' claim construction argument, the Court dismisses the motion for leave to file supplemental claim construction briefing without prejudice and instructs Defendants to re-file the motion (if necessary) after the Court rules on the *Alice* issue.

**IT IS SO ORDERED.**

Dated: October 15, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-01358-EJD
ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS; DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFING
2