Robert Galvin (SBN 171508)
  robert.galvin@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

William F. Lee
  william.lee@wilmerhale.com
Cynthia D. Vreeland
  cynthia.vreeland@wilmerhale.com
Peter Dichiara
  peter.dichiara@wilmerhale.com
Marissa A. Lalli
  marissa.lalli@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

*Attorneys for Defendants and Counterclaim-Plaintiffs EMC Corporation and VMware, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EMC CORPORATION and VMWARE, INC.,<br>Defendants. | Case No. 5:13-cv-01358-EJD<br><br>**DECLARATION OF MARISSA A. LALLI IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY FEES UNDER 35 U.S.C. § 285** |

I, Marissa A. Lalli, declare as follows:

1. I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants EMC Corporation and VMware, Inc. in the above-captioned matter. I am an attorney licensed to practice in the Commonwealth of Massachusetts (No. 681516) and the State of New York (No. 5024393), and I have been admitted to practice before this Court *pro hac vice*. I am over the age of eighteen and I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Defendants' Motion for Attorney Fees Under 35 U.S.C. § 285 in No. 5:13-cv-01358-EJD.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Order Granting in Part Defendants' Motion for Sanctions, in *PersonalWeb Techs. LLC et. al. v. Google, Inc. et. al.*, No. 5:13-cv-01317, ECF No. 267 (N.D. Cal. Feb. 13, 2014), ECF No. 267.

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter from Krish Gupta to Lawrence Hadley, dated May 21, 2014.

4. Attached hereto as **Exhibit C** is a true and correct copy of Defendants EMC Corporation's and VMWare, Inc.'s Invalidity Contentions, served in Civil Action No. 6:11-cv-660 (E.D. Tex.) on December 14, 2012.

5. Attached hereto as **Exhibit D** is a true and correct copy of an article titled "*Altnet to Pay Kazaa Users for Swapping*," authored by John Borland and published on CNET on June 2, 2003, at 5:58 AM PDT. This article is available publicly at https://www.cnet.com/news/altnet-to-pay-kazaa-users-for-swapping/.

6. Attached hereto as **Exhibit E** is a true and correct copy of a press release issued by Brilliant Digital Entertainment and Kinetech, Inc., dated July 6, 2011, titled "Kinetech Inc. Granted 3 Additional Patents."

7. Attached hereto as **Exhibit F** is a true and correct copy of a press release issued by Kinetech, Inc., dated September 28, 2011, titled "East Texas Tech Company Acquires Foundational Cloud Computing Patents."

8. Attached hereto as **Exhibit G** is a true and correct copy of Assignment of Issued U.S. Patents from Kinetech, Inc. to PersonalWeb Technologies, LLC, dated July 5, 2011, recorded with the U.S. Patent and Trademark Office at Reel-Frame No. 026843/0407.

9. Attached hereto as **Exhibit H** is a true and correct copy of a press release issued by PersonalWeb, dated December 6, 2011, titled "PersonalWeb Launches StudyPods."

10. Attached hereto as **Exhibit I** is a true and correct copy of the "Litigation History" page on PersonalWeb's website, available at http://www.personalweb.com/litigationhistory.html (last accessed on March 11, 2020).

11. Attached hereto as **Exhibit J** is a true and correct copy of the "About" page on PersonalWeb's website, as of February 26, 2012.  This copy was collected by the Internet Archive and is available at https://web.archive.org/web/20120226003958/http://www.personalweb.com/About.html.

12. Attached hereto as **Exhibit K** is a true and correct copy of an archived copy the "Products" page on PersonalWeb's website's "Products" page, as of February 28, 2012.  This copy was collected by the Internet Archive and is available at https://web.archive.org/web/20120228180430/http://www.personalweb.com/Products.html.

13. Attached hereto as **Exhibit L** is a true and correct copy of excerpts of the transcript from the deposition of Michael Weiss (Volume II), taken on December 19, 2013.  PersonalWeb has designated this transcript as containing confidential information under the applicable protective order, and Defendants are therefore moving to file this exhibit under seal.

14. Attached hereto as **Exhibit M** is a true and correct copy of excerpts of the transcript from the deposition of Jacob Michael Drew, taken on September 21, 2012.  PersonalWeb has designated this transcript as containing confidential information under the applicable protective order, and Defendants are therefore moving to file this exhibit under seal.

15. Attached hereto as **Exhibit N** is a true and correct copy of Plaintiff PersonalWeb's Disclosure of Asserted Claims and Infringement Contentions, served in Civil Action No. 6:11-cv-660 (E.D. Tex.) on July 2, 2012.

**DECLARATION OF MARISSA A. LALLI IN SUPPORT OF
DEFENDANTS' MOTION FOR ATTORNEY FEES UNDER 35 U.S.C. § 285**
Case Nos. 5:13-cv-01358-EJD                                                                                         2

16. Attached hereto as **Exhibit O** is a true and correct copy of a press release issued by PersonalWeb, dated December 8, 2011, titled "PersonalWeb Files Patent Infringement Suits." This press release is available publicly at http://www.personalweb.com/m/media/20111208_PressRelease_PersonalWeb.pdf.

17. Attached hereto as **Exhibit P** is a true and correct copy of the PTAB's Final Written Decision in Case No. IPR2013-00082 (Paper No. 83), dated May 15, 2014, relating to **U.S. Patent No. 5,978,791**.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the PTAB's Final Written Decision in Case No. IPR2013-00083 (Paper No. 80), dated May 15, 2014, relating to **U.S. Patent No. 6,415,280**.

19. Attached hereto as **Exhibit R** is a true and correct copy of the PTAB's Final Written Decision in Case No. IPR2013-00084 (Paper No. 64), dated May 15, 2014, relating to **U.S. Patent No. 7,945,544**.

20. Attached hereto as **Exhibit S** is a true and correct copy of the PTAB's Final Written Decision in Case No. IPR2013-00085 (Paper No. 73), dated May 15, 2014, relating to **U.S. Patent No. 7,945,539**.

21. Attached hereto as **Exhibit T** is a true and correct copy of the PTAB's Final Written Decision in Case No. IPR2013-00086 (Paper No. 66), dated May 15, 2014, relating to **U.S. Patent No. 7,949,662**.

22. Attached hereto as **Exhibit U** is a true and correct copy of the PTAB's Final Written Decision in Case No. IPR2013-00087 (Paper No. 69), dated May 15, 2014, relating to **U.S. Patent No. 8,001,096**.

23. Attached hereto as **Exhibit V** is a true and correct copy of the Patent Trial and Appeals Board's ("PTAB") Order on Conduct of Proceeding in Case Nos. IPR2013-00082, -0083, -00084, -00085, -00086, and -00087, dated June 19, 2013.

24. Attached hereto as **Exhibit W** is a true and correct copy of the Judgment of the United States Court of Appeals for the Federal Circuit in *PersonalWeb Technologies, LLC v. EMC Corp. &*

*VMware, Inc.*, Nos. 2014-1602, 2014-2013, 2014-1604, 2014-1605, 2014-1606, and 2014-1607, issue on August 10, 2015.

25. Attached hereto as **Exhibit X** is a true and correct copy of the U.S. Patent and Trademark Office's Final Rejection in Reexamination No. 90/013,764, dated March 20, 2019.

26. Attached hereto as **Exhibit Y** is a true and correct copy of a letter from Cynthia Vreeland to Lawrence Hadley, dated September 14, 2019.

I declare under penalty of perjury that, to the best of my knowledge and belief, the facts set forth above are true and correct.

Executed this 11th day of March, 2020, in Boston, Massachusetts.

*/s/ Marissa A. Lalli*
Marissa A. Lalli

**DECLARATION OF MARISSA A. LALLI IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY FEES UNDER 35 U.S.C. § 285**
Case Nos. 5:13-cv-01358-EJD

4