LAWRENCE M. HADLEY - State Bar No. 157728
lhadley@glaserweil.com
STEPHEN E. UNDERWOOD - State Bar No. 320303
sunderwood@glaserweil.com
GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiff
PersonalWeb Technologies, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, | CASE NO.: 5:13-cv-01358-EJD |
| Plaintiffs, | **DECLARATION OF LAWRENCE M. HADLEY IN SUPPORT OF PERSONALWEB'S OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES UNDER 35 U.S.C. § 285** |
| v. | |
| EMC CORPORATION and VMWARE, INC., | |
| Defendants. | Date:  May 21, 2020<br>Time: 9:00 a.m.<br>Before:  Hon. Edward J. Davila<br>Courtroom:  4, 5th Floor |

**Glaser Weil**

# DECLARATION OF LAWRENCE M. HADLEY

I, LAWRENCE M. HADLEY, declare and state as follows:

1.     I am an attorney at law duly licensed to practice before all courts of the State of California, the U.S. Supreme Court, and the U.S. District Court for the Northern District of California.  I am a Partner of the law firm of Glaser Weil Fink Howard Avchen & Shapiro llp, attorneys of record herein for Plaintiff PersonalWeb Technologies, LLC ("PersonalWeb").  I make this declaration in opposition to Defendants' Motion For Attorneys' Fees Under U.S.C. § 285.  The matters set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.     Attached as Exhibit 1 is a true and correct copy of Docket No. 103 in this case from the Eastern District of Texas, *PersonalWeb Technologies, LLC v. EMC Corp.*, 6:11-cv-00660, E.D. Tex..

3.     Attached as Exhibit 2 is a true and correct copy of the April 4, 2012 Declaration of Michael Weiss previously filed in this case.

4.     Attached as Exhibit 3 is a true and correct copy of the May 18, 2012 Supplemental Declaration of Michael Weiss, with Exhibits, previously filed in this case.

5.     Attached as Exhibit 4 is a true and correct copy of U.S. Patent No. 6,807,632.

6.     Attached as Exhibit 5 is a true and correct copy of U.S. Patent No. 7,503,076.

7.     Attached as Exhibit 6 is a true and correct copy of U.S. Patent No. 7,398,391.

8.     Attached as Exhibit 7 is a true and correct copy of  U.S. Patent No. 7,415,731.

9.     Attached as Exhibit 8 is a true and correct copy of U.S. Patent No. 7,930,550.

10.    Attached as Exhibit 9 is a true and correct copy of  U.S. Patent No. 7,475,432.

11.    Attached as Exhibit 10 is a true and correct copy of  U.S. Patent No. 7,591,022.

12.    Attached as Exhibit 11 is a true and correct copy of U.S. Patent No. 7,793,112.

13.    Attached as Exhibit 12 is a true and correct copy of U.S. Patent No. 7,506,157.

14.    Attached as Exhibit 13 is a true and correct copy of U.S. Patent No. 7,530,115.

15.    Attached as Exhibit 14 is a true and correct copy of U.S. Patent No. 7,770,228.

Glaser Weil

DECLARATION OF LAWRENCE M. HADLEY IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS 'FEES

1825727

16.     Attached as Exhibit 15 is a true and correct copy of U.S. Patent No. 7,487,551.

17.     Attached as Exhibit 16 is a true and correct copy of U.S. Patent No. 8,074,289.

18.     Attached as Exhibit 17 is a true and correct copy of the United States Patent and Trademark Office's January 29, 2020 Notice of Intent to Issue Ex Parte Reexamination Certificate for U.S. Patent No. 7,802,310.

19.     Attached as Exhibit 18 is a true and correct copy of the Patent Trial and Appellate Board Final Written Decision in Case IPR2013-00082 on U.S. Patent No. 5,978,791.


I declare under penalty of perjury pursuant to the laws of the State of California and United States that the foregoing facts are true and correct.


Executed on April 22, 2020 at Los Angeles, California.


                              /s/Lawrence M. Hadley
                              Lawrence M. Hadley

DECLARATION OF LAWRENCE M. HADLEY IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS 'FEES

1825727